# EXHIBIT B

Print Model Information                                                    Page 1 of 3

# 2005 CAROLINA SPORT FISHERMAN INLET BOAT WORKS



**Year:** 2005
**Make:** Carolina
**Model:** Legacy
**Asking Price:** $2,600,000

**HMY at Harbour Point Marina –
North Palm Beach**
2221 Monet Road
North Palm Beach FL 33410
Phone: (561) 799-9590



## DESCRIPTION

- Number of engines: 2
- Type: Sport Fishing Boats
- Stock #: 47900

- Hull Material: Fiberglass
- Hours: Contact Dealer

## COMMENTS

Jim Barboni

## SPECIFICATIONS

- Fuel Capacity: 1800

- Length Overall (LOA): 66'0"/20.12 m

## ENGINE

**Caterpillar C-12**
- Horse Power: 1675
- Hours: 250

- Number of Engines: 2
- Engine Type: Other

EXHIBIT

B

## DEALER OPTIONS

## OPTIONS

- **Accommodations:** Entering from the cockpit, this exquisite salon features satin Honduran finished mahogany wall covering, cabinetry, and trim that continues throughout the galley, staterooms, and companionways. Custom designed carpeting and earth tones abound throughout the vessel's interior. Two (2) large leather U-shaped sofas surround the Salon with a custom cocktail table, allowing large groups or intimate entertaining.

Computer plays on Salon TV, has WIFI hookup, printer, copier, scanner.

4 Camera system with DVD recording each of the cameras: underwater, engine room, cockpit and

- **Cockpit:** The cockpit is finished in traditional teak covering and combing boards. A Release Marine fighting chair with rocket launcher is in this eye catching cockpit. There is lighting under the gunnels and in the over head. Also included:

  - Large Marlin door
  - 24V Electric reel outlets
  - Lighting under Gunnels
  - BOSE Marine speakers w/ Bose Lifestyle Home Sound System

  - 2 - In-floor fish boxes w/ pump out Eskimo Ice machine feeds the starboard fish box
  - In transom live bait well
  - 2 - Stainless steel freezers

Case 0:09-cv-60551-WJZ   Document 1-2   Entered on FLSD Docket 04/15/2009   Page 3 of 86

flybridge; and has remote Internet access.

Security system that automatically alerts owner.

Telular on board phone system with 6 wireless phones and high speed Internet acess.

- Rupp Triple Spreader Riggers
- 2 - Tackle drawer centers

- 2 - Power Line 50 amp take-ups
- 20" LCD flat screen TV

- BOSE four (4) zoned selection - Salon, Flybridge, Cockpit and Master Stateroom
- BOSE Lifestyle speakers
- 500 CD changer
- AM/FM tuner

- 30" Sole flat screen TV
- DVD and VCR
- BOSE Lifestyle surround sound theatre system
- Four (4) self-contained A/C units (71,000 BTU's)

- Crew Quarters:

  - There are two (2) very comfortable single bed crew staterooms, cleverly tucked in front of the engine room.
  - These two staterooms share a single head and shower.

- Engine & Mechanical Equipment: The engineroom and all bilges on this vessel have been faired and awlgiped. Both motors have double racor systems that are mounted on the forward bulkhead for easy access. Batteries are all on the port side mounted in custom boxes. There is stand-up headroom centerline with access from both ends of the engineroom. The engineroom is also air-conditioned. Also included:

  - AC Oil Change system
  - 3 - Underwater lights on transome
  - AC/DC Bidirectional fuel transfer system
  - Nibral Class S 5 Blade propellers (35 x 48)
  - 71,000 BTU self contained AC units with SMX controls
  - Electric Fuel system priming pumps

  - 2 - 20 KW Northern Lights generators
  - 2 - 120/240 volt 50 amp retractable Glen-Dinning Shoreline cables
  - 800 ppd fresh water ice maker
  - 2 - 20 gallon stainless hot water tanks
  - Auq-met 22 shafts
  - A/C in engineroom

- Flybridge: The flybridge is very large and open w/ lots of storage in the browe. There are three custom teak helm chairs mounted behind a custom teak helm pod. The electronics are all installed in a carolina style pop-up helm. There are two large seating areas on each side of the bridge with a small refrigerator in the front.

Furuno NavNet has satellite TV and 4 cameras that will display with Surround Sound on the bridge.

Also Included:

- 3-Sided Strataglass enclosure
- Simrad AP-25 autopilot
- Electronic controls
- Single lever shifters
- Overhead lighting
- Red chart lights
- Ritche copmass
- Kenwood Sirus Satellite stereo w/SAT radio

- Two(2)10' Furuno Navnets
- Color Furuno 72 mile radar
- Radar/Plotter over lay
- Furuno RD-30
- Standard Horizen VHF
- ICOM IC-M602 VHF
- TrackVision 6 Direct TV

- Galley:

  - Three (3) burner "Princess" stove
  - GE Washer
  - GE Dryer
  - Central Vacuum system
  - Granite countertops
  - Stainless steel sink

  - Four (4) commercial grade "True" refrigerator drawers
  - Three (3) freezer drawers
  - Full size GE oven
  - Microwave
  - Scottsman automatic Ice Machine

Print Model Information

- Electric teaser reels

- Master Stateroom:
  - DVD and VCR
  - BOSE Lifestyle surround sound theatre system
  - BOSE Lifestyle speakers
  - Glass top night stands

- Center queen with hull walk around
- Lots of drawer space and hanging lockers
- 23" wide screen LCD TV
- Private en-suite head and shower

- VIP Stateroom & Guest Stateroom:

  - Each Stateroom has mahogany wall coverings, cabinetry, and doorways.
  - A queen size bed adorns the VIP suite.
  - Side-by-side bunks are found in the Forward vee berth Stateroom.
  - A 20' Sole' TV w/ DVD and VCR is found in each of these staterooms.
  - Hanging lockers and glass top night stands offer plenty of space for personal items.
  - Each head is outfitted with Royal Flush Headhunter toilets and mirrored medicine cabinet w/ storage.

**LOCATION ADDRESS**

**HMY at Harbour Point Marina – North Palm Beach**
2221 Monet Road
North Palm Beach  FL  33410
Phone: (561) 799-9590






**Jim Barboni**

**At Harbour Point Marina**
2221 Monet Road • N. Palm Beach, FL 33410
Office: (561) 799-9590 • Fax: (561) 799-5722 • Cell: (561) 252-5220
E-Mail: jbarboni@hmy.com



## "DOUBLE BILLED"



| | | | |
|---|---|---|---|
| **LOA:** | 66' (20.1 m) | **Year:** | Mfg-2005 Model-2005 |
| **Beam:** | 19'9" (6 m) | **Mfg:** | CAROLINA CUSTOM BOATWORKS |
| **Draft:** | Min 5' (1.5 m) | **Model:** | LEGACY |
| **Speed:** | 36 knots / 41 knots | **Type:** | Sport fisherman |
| **Location:** | North Palm Beach, Florida, United States | | Sport Fisherman |
| | | **Price:** | 2,600,000  USD |

·YachtBroker

---

### Additional Specifications For DOUBLE BILLED:

| | | | |
|---|---|---|---|
| **LOA:** | 66' (20.1 m) | **Year:** | Mfg-2005 Model-2005 |
| **Mfg. Length:** | | **Mfg:** | CAROLINA CUSTOM |
| **LWL:** | | | BOATWORKS |
| **LOD:** | 66' (20.1 m) | **Model:** | LEGACY |
| **Beam:** | 19'9" (6 m) | **Type:** | Sport fisherman |
| **Draft:** | Min 5' (1.5 m) | | Sport Fisherman |
| **Hull Mtrl:** | Fiberglass | **Top:** | With Flybridge |
| **Hull Cnfg.:** | | | Hardtop |
| **Hull Designer:** | | **Speed:** | 36 knots / 41 knots |
| **Deck Mtrl:** | | **Engines:** | 2xCaterpillar |
| **Disp:** | 90000 (40823.7 kg) | | C-12 |
| **Ballast Weight:** | | | 1675 HP , 250hrs |
| **Ballast Type:** | | **Engines Year:** | |
| **Range:** | | **Fuel Cap:** | 1800 g (6813 l) |
| **Flag:** | USA | **Water Cap:** | 300 g (1135.5 l) |
| **Location:** | North Palm·Beach, Florida, | **Holding Tank:** | |
| | United States | **Staterooms:** | 3 |
| | | **Sleeps:** | 6 |
| | | **Heads:** | 3 |
| | | **Price:** | 2,600,000   USD |

---

## Accommodations

Entering from the cockpit, this exquisite salon features satin Honduran finished mahogany wall covering, cabinetry, and trim that continues throughout the galley, staterooms, and companionways. Custom designed·carpeting and earth tones abound throughout the vessel's interior.·Two (2) large leather U-shaped sofas surround the Salon with a custom cocktail table, allowing large groups or intimate entertaining.

Computer plays on Salon TV, has WIFI hookup, printer, copier, scanner.

4 Camera system with DVD recording each of the cameras: underwater, engine room, cockpit and flybridge; and has remote Internet access.

Security system that automatically alerts owner.

Telular on board phone system with 6 wireless phones and high speed Internet acess.

- BOSE four (4) zoned selection - Salon, Flybridge, Cockpit and·Master Stateroom
- BOSE Lifestyle speakers
- 500 CD changer
- AM/FM tuner

- 30" Sole flat screen TV
- DVD and VCR
- ·BOSE Lifestyle surround sound theatre system
- Four (4) self-contained A/C units (71,000 BTU's)

·YachtBroker

## Master Stateroom

- DVD and VCR
- BOSE Lifestyle surround sound theatre system
- BOSE Lifestyle speakers
- Glass top night stands
- Center queen with hull walk around
- Lots of drawer space and hanging lockers
- 23" wide screen LCD TV
- Private en-suite head and shower

## VIP Stateroom & Guest Stateroom

- Each Stateroom has mahogany wall coverings, cabinetry, and doorways.
- A queen size bed adorns the VIP suite.
- Side-by-side bunks are found in the Forward vee berth Stateroom.
- A 20' Sole' TV w/ DVD and VCR is found in each of these staterooms.
- Hanging lockers and glass top night stands offer plenty of space for personal items.
- Each head is outfitted with Royal Flush Headhunter toilets and mirrored medicine cabinet w/ storage.

## Galley

- Three (3) burner "Princess" stove
- GE Washer
- GE Dryer
- Central Vacuum system
- Granite countertops
- Stainless steel sink
- Four (4) commercial grade "True" refrigator drawers
- Three (3) freezer drawers
- Full size GE oven
- Microwave
- Scottsman automatic Ice Machine

## Cockpit

The cockpit is finished in traditional teak covering and combing boards. A Release Marine fighting chair with rocket launcher is in this eye catching cockpit. There is lighting under the gunnels and in the over head. Also included:

- Large Marlin door
- 24V Electric reel outlets
- Lighting under Gunnels
- BOSE Marine speakers w/ Bose Lifestyle Home Sound System
- Rupp Triple Spreader Riggers
- 2 - Tackle drawer centers
- 2 - In-floor fish boxes w/ pump out Eskimo Ice machine feeds the starboard fish box
- In transom live bait well
- 2 - Stainless steel freezers
- 2 - Power Line 50 amp take-ups
- 20" LCD flat screen TV

## Crew Quarters

- There are two (2) very comfortable single bed crew staterooms, cleverly tucked in front of the engine room.

YachtBroker

- These two staterooms share a single head and shower.

## Flybridge

The flybridge is very large and open w/ lots of storage in the browe. There are three custom teak helm chairs mounted behind a custom teak helm pod. The electronics are all installed in a carolina style pop-up helm. There are two large seating areas on each side of the bridge with a small refrigerator in the front.

Furuno NavNet has satellite TV and 4 cameras that will display with Surround Sound on the bridge.

Also included:

- 3-Sided Stratoglass enclosure
- Simrad AP-25 autopilot
- Electronic controls
- Single lever shifters
- Overhead lighting
- Red chart lights
- Ritche copmass
- Kenwood Sirus Satellite stereo w/SAT radio

- Two(2)10' Furuno Navnets
- Color Furuno 72 mile radar
- Radar/Plotter over lay
- Furuno RD-30
- Standard Horizen VHF
- ICOM IC-M602 VHF
- TrackVision 6 Direct TV
- Electric teaser reels

## Engine & Mechanical Equipment

The engineroom and all bilges on this vessel have been faired and awlgiped. Both motors have double racor systems that are mounted on the forward bulkhead for easy access. Batteries are all on the port side mounted in custom boxes. There is stand-up headroom centerline with access from both ends of the engineroom. The engineroom is also air-conditioned.  Also included:

- AC Oil Change system
- 3 - Underwater lights on transome
- AC/DC Bidirectional fuel transfer system
- Nibral Class S 5 Blade propellers (35 x 48)
- 71,000 BTU self contained AC units with SMX controls
- Electric Fuel system priming pumps

- 2 - 20 KW Northern Lights generators
- 2 - 120/240 volt 50 amp retractable Glen-Dinning Shoreline cables
- 800 ppd fresh water ice maker
- 2 - 20 gallon stainless hot water tanks
- Auq-met 22 shafts
- A/C in engineroom

YachtBroker

## Salon





Page 6 of 17

YachtBroker

## Salon





· YachtBroker

### Galley





· YachtBroker

## Dining



## Master Stateroom



Page 9 of 97

YachtBroker

**Master Stateroom**



**Master Head**



YachtBroker

**Companionway Forward**



**Forward Stateroom**



YachtBroker

Page 11 of 17

### Forward Head



### Aft Companionway



YachtBroker

**VIP Stateroom**



**VIP Head**



YachtBroker

Page 13 of 14

**Port**



**Starboard**



YachtBroker

**Laundry Room**



**Electronics and Navigational Equipment**



YachtBroker

**Flybridge**





YachtBroker

### Cockpit



### Engine & Mechanical Equipment



YachtBroker

## Engine & Mechanical Equipment



## Bow



HMY Yacht Sales - NPB,
2221 Monet Road, North Palm Beach, Florida 33410, United States
Contact: Jim Barboni, Phone: 561.799.9590, Email: jbarboni@hmy.com,
URL: www.hmy.com

*DOUBLE BILLED*
3/18/2007

Page 1 of 1

# EXHIBIT C

Aug. 7. 2007 12:14PM

TOTAL NUMBER OF SOLD BOATS: 268,817



☐yachtworld.com ☐ boats.com



**DOUBLE BILLED**

## 66' Custom Carolina /Legacy

- Year: 2005
- Last Listed Price: US$ 2,600,000 (10/06)
- Sold: US$ 2,125,000 (04/07)
- Located in North Palm Beach, FL
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Diesel
- YW# 15344-1609914
- Central/Exclusive Listing
- Available for co-brokerage
- Sold

Other photos: Salon, Salon, Salon, Salon, Galley, Galley, Dining Area, Master Stateroom, Master Head, Companionway, VIP Stateroom, VIP Head, Washer / Dryer, Crew Quarters 1, Crew Quarters 2, Electronics / Navigation, Flybridge, Flybridge, Cockpit, Engine Room, Engine Room - Starboard, Engine Room - Port, Engine Room, Bow View, Starboard View.

## Owner wants immediate action.

This awesome like "NEW" (only 250 hours with an IN-SERVICE DATE OF MAY 2006) solid fiberglass Custom Carolina Sport Fish has all the attributes you would expect of a high performance custom yacht. The speed, sea handling, and those looks, with the sleek profile and Carolina flare. Equipped with only the best, she sports five (5) private staterooms, 4 heads, speeds of 41 knots, CAT C32 engines (warranties through May 2011) and is equipped for either serious fishing or comfortable cruising.

Vary seriously for sale, owner wants all offers presented for his consideration.

**Sold Comments**
This boat was sold and owner accepted trade as well value of 700K.

Please contact Central Listing Agent Jim Barboni at 561-252-5220 or e-mail him at jbarboni@hmy.com for more details.

Contact HMY Yacht Sales, Inc.
2221 Monet Road
North Palm Beach, FL 33410 USA

Tel 561-799-9590
Fax 561-799-5722
Email Us

**EXHIBIT**

_____C_____

AUG-07-2007 TUE 12:30 PM

# EXHIBIT D

TOTAL NUMBER OF SOLD BOATS: 268,517

**soldboats**.com

SoldBoats Member

yachtworld.com & boats.com



DOUBLE BILLED

Photo Gallery   Full Specs

### 66' Custom Carolina / Legacy

- Year: 2005
- Last Listed Price: US$ 2,600,000 (10/06)
- **Sold: US$ 2,125,000 (04/07)**
- Located in North Palm Beach, FL
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Diesel
- YW# 15344 1609914
- Central/Exclusive Listing
- Available for co-brokerage
- Sold

Other photos: Salon, Salon, Salon, Salon, Galley, Galley, Dining Area, Master Stateroom, Master Head, Companionway, VIP Stateroom, VIP Head, Washer, Dryer, Crew Quarters 1, Crew Quarters 2, Electronics / Navigation, Flybridge, Flybridge, Cockpit, Engine Room, Engine Room - Starboard, Engine Room - Port, Engine Room, Bow View, Starboard View.

## Owner wants immediate action.

This awesome like 'NEW' (only 250 hours with an IN-SERVICE DATE OF MAY 2006) solid fiberglass Custom Carolina Sport Fish has all the attributes you would expect of a high performance custom yacht. The speed, sea handling, and those looks, with the sleek profile and Carolina flare. Equipped with only the best, she sports five (5) private staterooms, 4 heads, speeds of 41 knots, CAT C32 engines (warranties through May 2011) and is equipped for either serious fishing or comfortable cruising.

Very seriously for sale, owner wants all offers presented for his consideration.

**Sold Comments**
This boat was sold and owner accepted trade as well value of 2008.

Please contact Central Listing Agent Jim Barboni at 561-252-5220 or e-mail him at jbarboni@hmy.com for more details.

Contact HMY Yacht Sales, Inc..
2221 Monet Road
North Palm Beach, FL 33410 USA

Tel 561-799-9590
Fax 561-799-5722
Email Us

http...soldboats.com/listing/sb-boat-detail.jsp?currency=USD&units=Feet&id=1609914&   7/20/2007



EXHIBIT

D

# soldboats.com

**soldboats finder**

TOTAL NUMBER OF SOLD BOATS: 269,005

yachtworld.com/boats.com

Page 1 of 5



*DOUBLE BILLED*

## 66' Custom Carolina /Legacy

- Year: 2005
- Last Listed Price: US$ 2,639,000 (10/06)
- Sold: US$ 2,125,000 (04/07)
- Located in North Palm Beach, FL
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Diesel
- YW# 15344-1609914
- Central/Exclusive Listing
- Available for co-brokerage
- Sold

## Additional Specs, Equipment and Information:

**Builder/Designer**
by Ritter Custom Carolina

**Dimensions**
- LOA: 66'
- Beam: 19' 9"
- Designer: Donald Blunt
- Draft: 5'

**Engines**
- Engine(s) Caterpillar
- Hours: 250
- Engine(s) HP: 1675
- Cruising Speed: 36
- Displacement: 90000
- Engine Model(s): C-32
- Max Speed: 41

**Tankage**
- Fuel: 1800
- Water: 350
- Holding: 125

**Vessel Walkthrough**
Entering from the cockpit, this exquisite salon features satin Honduran finished mahogany wall covering, cabinetry, and trim that continues throughout the galley, staterooms, and companionways. Custom designed carpeting and earth tones abound throughout the vessel's



Salon

Salon

Salon

interior. Two (2) large leather U-shaped sofas surround the Salon with a custom cocktail table, allowing large groups or intimate entertaining.

- 30" Sole flat screen TV
- DVD and VCR
- BOSE Lifestyle surround sound theatre system
- BOSE four (4) zoned selection - Salon, Flybridge, Cockpit and Master Stateroom
- Computer plays on Salon TV, has WiFI hookup, printer, copier, scanner
- 4 Camera system with DVD recording each of the cameras - underwater, engine room, cockpit and flybridge, and has remote internet access to the 4 cameras
- Security system that automatically alerts owner
- Tabular on board phone system with 6 wireless phones and high speed internet access

- BOSE Lifestyle speakers
- 500 CD changer
- AM/FM tuner
- Four (4) self-contained A/C units (71,000 BTU's)

Galley

- Four (4) commercial grade "True" refrigerator drawers
- Three (3) commercial grade "True" freezer drawers
- Full size GE oven
- Microwave
- Scotsman automatic Ice Machine
- Three (3) burner Princess stove

- GE Washer
- GE Dryer
- Central Vacuum system
- Granite countertops
- Stainless steel sink

Master Stateroom

- Center queen with hull walk around
- Lots of drawer space and hanging lockers
- 23" widescreen LCD TV
- DVD and VCR

- BOSE Lifestyle surround sound theatre system
- BOSE Lifestyle speakers
- Glass top night stands
- Private in-suite head and shower

VIP Stateroom & Guest Stateroom

Each stateroom has mahogany wall coverings, cabinetry, and doorways. A queen size bed adorns the VIP suite while side by side bunks are found in the Forward Vee Berth Stateroom. A 20" Sole TV with DVD and VCR is found in each of these staterooms. Hanging lockers and glass top night stands offer plenty of space for personal items. Each guest stateroom has a private head outfitted with Royal Flush Headhunter toilets. Shower and mirrored medicine cabinet with storage.



Salon

Galley

Galley

**Crew Stateroom (2)**
There are two (2) very comfortable single bed crew staterooms, cleverly tucked in front of the engine room. These two staterooms share a single head and shower.

**Engineroom & Mechanical Equipment**
The engineroom and all bilges on this vessel have been faired and awlgriped. Both motors have double Racor fuel filter systems that are mounted on the fwd bulkhead for easy access. Batteries are all on the port side mounted in custom boxes. There is stand-up headroom in the engine room with access from the cockpit or from the door between the two crew staterooms. The engineroom is also air-conditioned.

- Cat C32 1675 hp. in-service May 2006
- 2 - 20 KW Northern Lights generators
- 2 - 120/240 volt 50 amp retractable
- 2 - 120/240 volt 50 amp retractable
- Glen-Dinning Shoreline cables
- 800 pod fresh water ice maker
- 2 - 20 gallon stainless hot water tanks
- AC Oil Change system
- 3 - Underwater lights on transome

- AC/DC Bi-directional fuel transfer system
- Nitrol Class 5 5 Blade propellers (35 x 48)
- 71,000 BTU air conditioning self contained in 4 A/C units with SMX controls
- Electric Fuel system priming pumps
- Awg-met 22 shafts
- A/C in engineroom

**Cockpit**
The cockpit is hoisted in traditional teak covering and combing boards. A Release Marine fighting chair with rocket launcher is in this eye catching cockpit. There is lighting under the gunwhales and in the over head.

- 2 - In-floor fish boxes with pump out
- Eskimo ice machine feeds the starboard fish box
- In transom live bait well
- 2 - Stainless steel freezers
- 2 - Power Line 50 amp take-ups

- Large Marlin door
- 24 v Electric reel outlets
- Lighting under Gunnels
- BOSE Marine speakers with Bose Lifestyle Home Sound System
- Rupp Triple Spreader Riggers
- 2 - Tackle drawer centers
- 20" LCD flat screen TV

**Flybridge**
The flybridge is very large and open with lots of storage in the brow. There are three custom teak helm chairs mounted behind a custom teak helm pod. The electronics are all installed in a camina style pop-up helm. There are two large seating areas on each side of the

...dboats.com

Page 4 of 5

the bridge with a small refrigerator in the front.

Furuno NavNet has satellite TV and 4 cameras that will display with Surround Sound on the bridge.

- 3-sided Strataglass enclosure
- Two(2)10" Furuno Navnet displays
- Color Furuno 72 mile radar
- Radar/Plotter over lay
- Furuno RD-30
- Icom IC-M602 VHF
- Standard Horizon VHF
- Simrac AP-25 autopilot
- Electric teaser reels

- Electronic controls
- Single lever shifters
- Overhead lighting
- Red chart lights
- Ritche compass
- Kenwood Sirus Satellite stereo w/SAT radio
- TrackVision 6 Direct TV



Dining Area

Master Stateroom

**Salesman's Remarks**
"Double Billed" is an absolutely beautiful example of the best of the "NEW Custom Carolina" boats. She is Hull #3 with #4 and #5 now in production.

With the hull being solid fiberglass construction and custom built to the highest standard, of the titan "owner" of Custom Carolina Yachts, made sure there was no detail overlooked from the Ice Blue Emron Hull and Teak covering boards, to the outstanding Electronics!

She has all the attributes of a true Carolina Custom Sportfish from her great speed and bow flare to the excellent sea keeping in all conditions.

With the unique 5 stateroom 4 head layout, only 250 original hours and transferable engine warranties good through May of 2011 (in-service date May 2006). "Double Billed" represents an excellent value.

"Owner wants action and will consider trades"

**Disclaimer**
The Company offers the details of this vessel in good faith but cannot guarantee or warrant the accuracy of this information nor warrant the condition of the vessel. A buyer should instruct his agents, or his surveyors, to investigate such details as the buyer desires validated. This vessel is offered subject to prior sale, price change, or withdrawal without notice.

yachtworld.com



Master Head

Last Revised Apr 26 2007

Contact HMY Yacht Sales, Inc.
2221 Mardet Road
North Palm Beach, FL 33410 USA

YACHTWORLD.com

Tel 561-799-9590
Fax 561-799-5222
Email Us

Page 5 of 5

# EXHIBIT E

# PRICE MARINE SERVICES, INC.
## ACCREDITED YACHT SURVEYORS
### 9418 S.E. SHARON STREET
### HOBE SOUND, FLORIDA 33455-6833
### (772) 546-0928

**SURVEY REPORT**

FILE NO. __27145__

TO: __Brian O'Neill__                         DATE: __March 22, 2007__
    __2701 Renaissance Blvd.__                VESSEL'S NAME: __"DOUBLE BILLED"__
    __King of Prussia, PA 19406__

**GENERAL**

Reg No __DOC #1168128__    Hull No: __1BT660?2A505__      Type: __66' Convertible__
Hailing Port: __Wilmington, DE__                Registered Port: __National Vessel DOC Center__
Owner: __Double Billed, LLC__              Address: __1209 Orange St., Wilmington, DE 19801__
Survey made at: __Harbor Pointe Marina and Seminole Boat Yard, Palm Beach Gardens, Fl.__
L.O.A.: __66'__    L.W.L. __~__    Beam: __19'11"__    Draft: __51/2'__    Depth: __7.2'__
Gross Ton: __63__            Net: __50__                    Ballast: __none__
Designer: __Donald Blount__              Builder: __Inlet Boat Works (Legacy)__
Year Built: __2005__                      Rebuilt: __not reported__
Generator Hours, Port: __376.4__          Starboard: __377.2__
Engine Hours, Port: __290.9__             Starboard: __282.3__
Market Value: __approx $1,875,000 as equipped__  Replacement Value: __approx $3,500,000 as equipped__
Vessel to be used for: __recreation__     Navigational Limits: __inland, coastwise, and islands__
Vessel's Berth: __Harbor Pointe Marina, Palm Beach Gardens, Fl.__    Laid up: __no__
Master: __owner operated__    Experience: __~__           License: __~__

**HULL**

Topsides: __molded fiberglass with core__        Condition: __sound__
Bottom: __molded fiberglass__                     Condition: __sound__
Stem: __curved__    Stern: __rounded__    Frames: __partitions, bulkheads, and stringers__
Floor Timbers: __fiberglass__    Fastenings: __fiberglass tabbing__
Deck Beams: __partitions and bulkheads__
Decks: __molded fiberglass with core__                        Condition: __sound__
Keel: __molded fiberglass__                      Skeg __none__
Interior: __vinyl overhead, papered and wood panels, and carpeted sole__
Bulkheads: __7 partial__    Bilge Condition: __clean__    Ventilation: __adequate__

**SUPERSTRUCTURE**

Design: __molded fiberglass deck-house and flybridge with five staterooms, four heads__
Radar Arch: __~__
Tower:

Page 1 of 15


**EXHIBIT**
**E**

## FITTINGS AND EQUIPMENT

Deck Hardware: stainless steel
Steering Gear: Sea Star/Hynautic hydraulic with power assist, 1 station
Ground Tackle: Fortress FX-85 anchor, 30' chain, and 200' nylon line (estimated)
Anchor Windlass: ~                                          Dinghy Davit: ~
Outriggers: Rupp triple spreader, 2
Small Boats: ~
Outboard Motor: ~                                           Value: ~
Air Conditioning: Cruisair, 4, with SMXir controls (36,000 Btu's, 16,000 Btu's, 16,000 Btu's, 7,000 Btu's)
Canvas Covers: three sided flybridge enclosure
Canvas Condition: very good

## ELECTRONICS AND SAFETY EQUIPMENT

G.P.S.: Furuno NAVnet (2 displays) chart plotter/radar/sounder/video/TV/overlay
Radio Phone: Standard Horizon ECLIPSE+ VHF, ICOM IC-M602 VHF
Auto Pilot: Simrad AP25                          LORAN ~
Radar: in NAVnet, 72 mile              Depth Finder: Furuno RD-30
Other Electronics: RD-30 includes depth/speed/temperature/navigation indicators
Compass: Ritchie
TV: see equipment list                       Stereo: see equipment list
Bell: yes    Horn: air          Clock: ~      Barometer: ~
Running Lights: see recommendations          Anchor Light: electric
Searchlight: Guest remote                    Life Raft: ~
Life Jackets: 4 Type I and 12 Type III       Life Ring: 1 x 24"
Flares: 3 aerial (expired)

## GALLEY

Location: forward of salon
Type of Stove: Princess 3-burner electric
Stove Lines & Regulator: ~
Stove Tank Location: ~
Spare Tanks: ~                    Stove Shut off: at panel and burners
Insulation Stove: integral                    Stack: power vent
"Discharge of trash..": yes
Ventilation: adequate             Hot Water: Seaward 20-gallon electric, 2
Refrigeration: True Mfg. TUC-60D-d (4 drawers) and True Mfg. 3 drawer freezer

Page 2 of 15

04/13/2007  10:17   5617995722                    HMY YACHT SALES INC                   PAGE  13/25

*ph* 904-354-8233

35 x 51

**MAIN ENGINES**

Main Engine, Location: ___amidships beneath salon sole___   No. Type: __2 - diesel, inboard__
Make: ___Caterpillar___                                      Model: ___C-32___
Port Engine Serial #: ___RXB02181___                         Stbd. Engine Serial #: __RXB02196__
No. Cyls. __V-12__  R.P.M. __2300__  H.P. __1652__  Year: ___original___
When Overhauled: ___not reported___                          Condition: __see engine survey report__
Engine Bed: ___fiberglass stringers___
Pan under ___captive area___   Engine Cooling System: __freshwater__   Ventilation: __adequate__
Induction: __fuel injected__   Drip pan: __no__   Blowers: __2__
Fuel Pump: __mechanical__   Bowls: __Lexan__   Filters: __Racor 75/1000MAX, 4__
"Discharge of oil..." placard: __yes__
Exhaust Line: __fiberglass tube and rubber hose with stainless steel clamps__  Cooled: __raw water__
Exhaust Silencer: __none__
Engine Generator, Port: __24 volt alternators, 60 amps__   Controls: __electric__
Shaft Logs, Type: __flexible__   Bearings: __bronze__   Stuffing Box: __dripless__
Propeller: __35" x 48" 5-blade Nibral, right and left__   Spare: __~__
Propeller Shaft(s): __3" stainless steel__   Stub Shaft(s): __~__
Struts: __one single leg each side__   Bearings: __cutlass__
Propeller Protection: __partial by pockets__   Rudder: __spade, 2__
Bilge Pumps: __4 Rule 4000 computerized; 3 Rule 1100 fully automated__
Air Compressor: __for air horn__   Safety Valve: __no__

*Ellis props*

**PRODUCTION GEAR**

Make: __ZF__
Ratio: __2.029:1__
Model # __2060A__
Port Serial #: __50014762__
Stbd. Serial #: __50014763__

**TRIAL RUN DATA**
**AS ON HELM GAUGES**

PORT ENGINE

| | Revs. | Water Temp. | Drive Oil | Oil Press. | Volts/Amps. |
|---|---|---|---|---|---|
| Slow | ~ | ~ | ~ | ~ | ~ |
| Cruise | 1850 | 183 | 360 | 61 | 24.9 |
| Full | 2345 | 192 | 367 | 60 | 24.3 |

STARBOARD ENGINE

| | Revs. | Water Temp. | Drive Oil | Oil Press. | Volts/Amps. |
|---|---|---|---|---|---|
| Slow | ~ | ~ | ~ | ~ | ~ |
| Cruise | 1850 | 181 | 350 | 57 | 24.9 |
| Full | 2330 | 189 | 355 | 62 | 24.5 |

Approximate Speed: __Cruise: 30 knots   Full: 37 knots, as on GPS__   (LOAD: Fuel: 1/3   Water: full   People: 6)

Page 3 of 15

04/13/2007  18:17   5617995722                    HMY YACHT SALES INC                    PAGE  14/25

## ELECTRICAL SYSTEM:

| | | | | |
|---|---|---|---|---|
| Auxiliary Generator: | 2 Northern Lights in sound shields | | | |
| Location: | aft of each main engine | | Ventilation: | adequate |
| Port Model: | M844LW2-20kw | | Port Serial No.: | 8442-34098C |
| Strbd. Model: | M844LW2-20kw | | Strbd. Ser. No.: | 8442-34099C |
| Kilowatts: | 20 each | Voltage: 120/240 | No. Cylinders: 4 | R.P.M.: 1800 |
| Cooled: | freshwater | Exhaust Line: | rubber hose with stainless steel clamps | |
| Cooled: | raw water | | Induction Type: | fuel injected |
| Flame Arrester: | ~ | Fuel: mechanical | Filter: Racor 500MA 2 | Bowls plastic |
| Battery Charger: | New Mar PT-24-40, Serial No. 0416081; New Mar PT-70a, Serial No. 0618018 | | | |
| Storage Batteries, Eng.: | 2 - 4D in series each side | | | |
| Lighting: | 12 (2 - 4D gelcell in parallel ) and 24 volt DC (2 - 4D gelcell in series) and 120 volt AC | | | |
| Battery Installation: | in boxes with covers, outboard in engine room | | | |
| Wiring: | Type 3 stranded copper | | Condition: | appears good where accessible |
| Switchboard: | yes  Fused: yes | | Circuit Breakers: yes | Lightning Arresters: yes |
| Antennas: | 2 VHF; 3 GPS; 1 cellular; 1 WIFI | | Ground: negative | |

## FIRE FIGHTING EQUIPMENT:

| | |
|---|---|
| Portable Extinguishers: | 4 dry chemical B I; 1 dry chemical B II |
| Date of Inspection: | 2005, 2004, 2003                Built-in System: Fire Boy CG2-200, FE-241 |
| Location: | outboard of port main engine          Date of Inspection: 6/03 |
| Auxiliary Fire Pump System: | raw water and freshwater wash down |
| Location: | cockpit |

## TANKS:

| | | | |
|---|---|---|---|
| Fuel: | diesel | No. & Capacity: 3 - 1800 gallons total | Shape: rectangular |
| Materials: | aluminum | Location: beneath cockpit sole | |
| Condition: | appear good where accessible | Secured: see recommendations | |
| Filling Lines & Vents: | rubber hose and stainless steel clamps | | Secured: yes |
| Would Overflow Run Inboard or Outboard? | outboard | | |
| Valves: | yes | Location: on tanks | |
| Accessibility: | fair | Fuel Lines and Connections: Aeroquip with tapered fittings and rubber hose w/clamps | |
| Additional Fuel or Inflammable Carried? | none | | |
| Water Tanks: No.& Capacity: | 1 - 300 gallons total | Material: aluminum | |
| Location: | beneath stateroom soles | | |
| Shape: | rectangular | Condition: appears good where accessible | |
| Holding Tanks, No. & Capacity: | 1 - 70 gallons estimated | Material: polyethylene | |

## U.S. GOVERNMENT RECOMMENDATIONS:

Vessel Compliance:   Yes, when recommendations are met.

This surveyor is not to be held responsible for any inaccuracy, omission, error in judgement, misrepresentation or misstatement.

Page 4 of 15

04/13/2887  18:17   5617995722            HMY YACHT SALES INC            PAGE  15/25

**PRICE MARINE SERVICES, INC.**                                      (772) 546-0928

## "DOUBLE BILLED"
### DOC #1168128

FILE NO.: 27145                                                      DATE: 3/22/07

This report is subject to the sandites that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstance whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conditions.

## EQUIPMENT LIST

**FORWARD STATEROOM**
Anchor rode locker forward with doors, anchor chain and line; bed with V-bunks, with storage beneath and V-filler; lights and switches; 15" Solé LCD TV; 120 volt receptacles (2); portable fire extinguisher (dry chemical B I); closets (2); vessel manuals; spare parts; air conditioner vents and return; air conditioner exchanger beneath bed; entry door to companionway; entry door to companionway; entry door to head; decor; overhead hatch.

**FORWARD HEAD**
Head Hunter Royal Flush head and control; sink with hot and cold pressure water; mirror; lights; towel rack; toilet paper rack; shower head and controls, and drain; entry door.

**VIP STATEROOM**
Bed, with storage and drawers beneath; lights with switches; portable fire extinguisher (dry chemical B I); entry doors; air conditioner controls, return, and vent; 120 volt receptacle; carpet with runner; Solé 15" LCD TV.

**VIP HEAD**
Head Hunter Royal Flush head and control; sink with hot and cold pressure water; medicine chest with mirrored doors; 120 volt receptacle with ground fault circuit interrupter; lights and switches; towel racks; shower stall with door, light, shower, and drain; vent fan and switch; entry door.

**BENEATH VIP STATEROOM SOLE**
Bilge pump (Rule 4000 automated); water heaters (2); Headhunter freshwater pumps (for heads) and pressure tanks (2) with switch; air conditioner ducts; holding tank; head solenoid valves for freshwater; shower drains; light and switch.

**MASTER STATEROOM**
Bed with storage beneath; closets with doors; air conditioner controls, vent, and return; Jlo 20" LCD TV; 120 volt receptacles (2); lights and switches; speakers (2); bedspread and pillows; countertops with storage on each side of bed; mirrors; pump; decor; entry doors.

**BENEATH MASTER STATEROOM SOLE**
Fuel tanks (2); bilge pump (Rule 1100 full automated); water tank; high water alarm float switch; holding tank discharge pump, seacock, and through hull fitting; freshwater pumps (2) with pressure tanks.

**MASTER HEAD**
Head Hunter Royal Flush head with control; sink with hot and cold pressure water; storage cabinet beneath sink; medicine chest with mirror doors; 120 volt receptacle with ground fault circuit interrupter; vent fan and switch; lights and switches; shower stall with door, shower head, light, and drain; entry door.

04/13/2007  10:17   5617995722                    HMY YACHT SALES INC                    PAGE  16/25

PRICE MARINE SERVICES, INC.                                                        (772) 546-0928
                                  "DOUBLE BILLED"
                                  DOC #1168128

FILE NO.: 27145                                                                   DATE: 3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstance whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conditions.

# EQUIPMENT LIST

## COMPANIONWAY
Lights and switches; entry doors; GE Profile clothes washer; GE Profile clothes dryer; stairs with storage to port; storage cabinets with tools and miscellaneous; carpet and runner; portable fire extinguisher (dry chemical B I); 1st Aid Kit; spare TV for cockpit.

## BENEATH COMPANIONWAY SOLE
Bilge pump (Rule 1100 fully automated); high water alarm float switch; shower sump with pump (115 volt) and float switch; light and switch; hoses and wiring; aft ends of fuel and water tanks; fuel tank level monitors.

## STARBOARD CREW STATEROOM
Bed with storage beneath; 120 volt receptacle; phone; air conditioner vent and return; Solé 10" LCD TV with remote; closet; portable fire extinguisher (dry chemical B I); DirecTV receiver; steps.

## PORT CREW STATEROOM
Bed with storage beneath; air conditioner controls, vent, and return; Solé 10" LCD TV with remote; closet; portable fire extinguisher (dry chemical B I); steps; 120 volt receptacle; lights and switches; phone entry doors (2); mirrors.

## CREW HEAD
Headbutter Royal Flush head and controls; light; mirror; shower head and controls; drain; entry door; shower curtains; toilet paper and soap rack.

## ENGINE ROOM ENTRY COMPANIONWAY :
120 volt, 240 volt, and 12 volt electrical panels; "Discharge of oil prohibited ..." plaque; garbage plaque; fuel transfer pump; oil transfer pump; air conditioner exchanger; spare parts.

## GALLEY
Stove; sink with hot and cold pressure water; 120 volt receptacles; lights and switches; storage and drawers; refrigerator drawers (4) with latches; freezer drawers; oven; granite countertops; windows with curtain; GE convection/microwave oven; speakers; Scotsman ice maker; paper towel holder; vacuum cleaner; main electrical panels; Solé 29" LCD TV flat panel with storage behind; garbage plaque.

## SALON
U-shaped seating to starboard with storage beneath; flare gun kit; table; 120 volt receptacle; windows with shades; lights and switches; speakers; decor; stools (3) at countertop; L-shaped settee to port with storage beneath; security system; air conditioner controls, vent, and return; phone; entry door.

04/13/2007  18:17   5617995722                   HMY YACHT SALES INC                    PAGE   17/25


**PRICE MARINE SERVICES, INC.**                                      (772) 546-0928

                                **"DOUBLE BILLED"**
                                  DOC #1168128

**FILE NO.: 27145**                                                   DATE:  3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstances whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conditions.

## EQUIPMENT LIST

### COCKPIT
Entry door to salon with steps (engine room entry); raw water wash down spigot with hose; freshwater wash down spigot with hose; dockside water connection; Glendinning Cable Master shore cord retractors, port and starboard; string lights; freezer/refrigerator (2); 120 volt receptacle with cover; tackle drawers with doors (2); 12 volt wires, portside; cleats (2); steps and ladder to bridge; scuppers; storage cabinets, port and starboard; hawse pipes (2); scuppers (2); live well pump and light switches, aft to starboard; transom door and latch; fish box drain pump switches, aft to port; cockpit overhand with lights; bulkhead windows, etched; camera; speakers (4); Release fighting chair with rocket launcher; hatch covers (3); dockside TV and phone connections, portside; TV antenna cable connection, starboard; fish boxes (2), with ice chipper chute (starboard only).

### BENEATH COCKPIT SOLE
Fuel tank; exhaust pipes and hoses (2 each); rudder posts, logs, and arms; tie rod; bilge pump (Rule 4000 automated) and float switch; high water alarm float switch; frames and stringers; fish box drain pump macerators (2); live well raw water pump, through hull, and seacock; steering hydraulic cylinders (2); Bennett trim tab reservoir and pump; main strut mounting bolts; generator exhaust (2); rudder angle transducer; lights and switch; deck drain sump, pump (Rule 2000) and float switch; 120 volt receptacle with cover; anchor on mount; scuppers, port and starboard; wiring.

### DECKS
Deck pipe with cover; forward chocks (4); forward cleats (2); teak toe rail; hatch cover; superstructure with navigation sidelights, grab rails, and windows; outriggers (2); waste deck fitting; fuel fill deck fittings (4); rod holders (4); teak covering boards; live well with lights.

### FLYBRIDGE
Top with three-sided enclosure and electric teaser reel; helm wheel and controls; gauges; switches; compass; helm chairs (3), with cushions; trim tab controls; phone booth helm enclosure; trolling valve switch; backup engine controls; electronics: NAVnet monitors (2) with chart plotter/radar/sounder/video/TV/overlay, automatic pilot, VHF radios (2), depth/speed/temperature indicators; 12 volt DC and 24 volt DC breaker panels; spotlight controls (wireless and wired); beneath helm: electronics CPU's, console lift tubes to fluid reservoir and pump; Bose speakers for stereo; Kenwood KDC-3025 AM/FM/CD stereo; seats to starboard, with life vests beneath; seats to port, with life vests beneath; center console, with Whirlpool refrigerator and trash receptacle; storage forward, with portable compressor, rods and reels, and personal items; EPIRB; hardtop with lights overhead; aft rails, with rod holders (6).

### TOP
Radar array; antennae; spotlight; KVH TracVision G6 satellite TV antenna dome; spreader lights (2); navigation lights; horns.

04/13/2007  18:17   5617995722                    HMY YACHT SALES INC                    PAGE  18/25

PRICE MARINE SERVICES, INC.                                          (772) 546-0928

"DOUBLE BILLED"
DOC #1168128

FILE NO.: 27145                                                      DATE:  3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstance whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conditions.

# EQUIPMENT LIST

## ENGINE ROOM
Main engines and transmissions (2 each); main engine gauges; generator sets (2) with sound shields; documentation number; battery chargers (2); lights, AC and DC, with switches; exhausts (4); engine room blowers (2); cockpit freezer compressors and controls (2 each); shaft logs (2), with lip seal stuffing boxes; main engine water intake through hull fittings and seacocks; engine room camera; fuel distribution valves; Bilge pump (2 - Rule 4000 computerized); air conditioner water intake, seacock, and strainer; through hulls for overboard discharge; lubrication oil transfer pump and valves; through hull fittings, seacocks, and strainers for air conditioners and generators; fuel prime pumps (2); intake vents; Racor filters (6); shafts with brushes (2); fixed automatic fire extinguisher; battery switches, 6 ; shore power breaker; hour meters on main engines; main engine control boxes (2); air conditioner vent; batteries (10); portable fire extinguisher (dry chemical B II); steps to cockpit with high water alarm float switch beneath; 120 volt AC receptacle with ground fault circuit interrupter; freshwater spigot and hose; engine room blower control; drop light; 24 volt DC electrical panel; sea chests (2); aft bilge pump (Rule 1100 full automated); air conditioner compressors (4); raw water pumps (2) and controls; Eskimo IE600 ice chipper, Serial No. 1008041817; Hynautic hydraulic steering fluid reservoir.

## TOPSIDES
Vents; spray rub rails, aft; surface; rub rails.

## TRANSOM
Transom door; stern light; hawse pipes (2); ground plate; trim tabs (1 cylinder each); zinc; through hull fittings; underwater lights (3); exhaust ports; underwater camera; name and hailing port; scuppers with flaps (2); flat line clips (2).

## HULL BOTTOM
Rudders (2), with zincs; propellers (2); shafts (2), with zincs (2); struts (2), with cutlass bearings; keel; transducers (2); sea chest; intake strainers (2); discharge fittings; bottom paint; surface.



Page 8 of 15

04/13/2007  18:17   5617995722                    HMY YACHT SALES INC                    PAGE  19/25

PRICE MARINE SERVICES, INC.                                        (772) 546-0928

"DOUBLE BILLED"
DOC #1168128

FILE NO.:  27145                                                   DATE:  3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstance whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conclusions.

## REPORT OF SURVEY

The above captioned vessel was surveyed on March 22, 2007 while in its berth at Harbor Pointe Marina and while in dry dock at Seminole Boat Yard, Palm Beach Gardens, Florida for the purpose of assessing hull condition and marine risk.

The trial run was performed on Lake Worth, North Palm Beach, Florida. A diesel engineer, Tim Caruso of Marine Diesel Analysts, Stuart, Florida was on board the vessel during the survey to examine the engines, transmissions and generators. Therefore, no comments concerning the condition of the engines, transmissions, and generators will be stated nor should they be assumed in this report, but will be found in his report. The engines started and ran well during the trial run. The engines attained their manufacturers rated RPM of 2300. There was no excessive smoking from the exhausts at cruise speed. A back down test was performed during which the engines held firmly on their mounts. All instruments read within their normal limits of acceptability except as noted. All electronics, equipment, and appliances on board this vessel were tested at the time of the survey and found to be in operating order unless stated otherwise in this survey. Any electronics, equipment, or appliances in need of servicing will be noted under the heading in which they are located in the recommendations section of this survey. If a detailed accuracy of the compasses is desired, it is recommended that a qualified compass adjuster be engaged to compensate the compasses and compile deviation cards. The ship to shore radios should be bench tested annually according to F.C.C. regulations.

In dry dock, the bottom was sounded with a phenolic hammer and found to be basically sound. No gelcoat blisters were found on the bottom during this inspection. The propellers were checked and both were found to be true. The shaft ends were checked for straightness and found to be within specification. The cutlass bearings were found to be in good condition. The rudders are tight fitting in their logs with no excessive lateral or axial free play. All underwater gear was checked for corrosion due to galvanic action. There were no severe gouges or scratches on the bottom at the time of the survey.

The topsides were metered and sounded with phenolic hammer and found to be basically sound.

The decks and superstructure were examined and found to be generally sound with no hard or abusive use.

The overall cosmetic exterior of the vessel was found to be in near new condition. A descriptive narrative as to the layout and specific cosmetic conditions of this vessel will not be covered in this report as it is assumed that the prospective purchaser of this vessel and/or his representative has inspected the vessel's detailed cosmetic condition and layout.

Page 9 of 15

04/13/2007  18:17  5617995722                HMY YACHT SALES INC                    PAGE  20/25

**PRICE MARINE SERVICES, INC.**                                      (772) 546-0928
                                "DOUBLE BILLED"
                                DOC #1168128

FILE NO.: 27145                                                      DATE: 3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstances whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing considerations.

## REPORT OF SURVEY

The cosmetic appearance of the interior of the vessel is near new. All machinery was installed according to USCG, NFPA and/or ABYC standards except as noted. Ventilation throughout the vessel can be considered as good. All through hull fittings were noted to be in good condition, fitted with shut-off valves, bonded to the central bonding system, and double clamped at hose connections, except as noted.

The batteries were tested with a load tester. All batteries showed to be in good condition on the test scale.

All wiring was inspected where accessible. All circuits are protected from overload at the main breaker panel located forward in the salon. The wiring was inspected throughout the vessel and was found to exhibit a generally good condition. A significant amount of wiring could not be observed due to the wiring looms, coverings, and conduits that run in areas that are inaccessible which would require dismantling and removals for their inspection. If a detailed report as to the condition and capacities of the wiring is desired, it is recommended that a qualified marine electrical engineer be engaged to ascertain the in-depth condition of the vessel's wiring and to repair any wiring deficiencies revealed.

The generators were tested under load. They handled a heavy load without smoking excessively while cycles and voltages remained within acceptable limits.

The air conditioner systems were tested at the time of the survey. They functioned properly in both cycles. However, an extensive inspection of the air conditioning systems, by a qualified marine air conditioning service technician, is recommended to reveal any possible latent defects in the systems.

Fuel, holding, and water tanks were inspected where accessible and appear to be sound with no obvious leaks. However, all tanks were not full at the time of inspection. The tanks should be filled with their appropriate liquid, checked under full tank status, and pressure checked to attest to their condition.

The structural interior of the vessel was inspected where accessible without major removals and found to be generally sound. All partitions and bulkheads were inspected where accessible and found to show no signs of weakness due to flexing or separation of their fastenings.

The following section lists United States Coast Guard regulation requirements and other standards as published by the American Boat and Yacht Council and the National Fire Protection Association. These items are to be corrected as soon as possible.

04/13/2007  18:17   5617995722                      HMY YACHT SALES INC                     PAGE  21/25

PRICE MARINE SERVICES, INC.                                               (772) 546-0928
                              "DOUBLE BILLED"
                               DOC #1168128

                                                                  DATE:  3/22/07
FILE NO.:  27145

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstances whatsoever to be held
responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report
shall be construed to be an acceptance of the foregoing conclusions.

# REPORT OF SURVEY

## SAFETY AND USCG REGULATIONS:

1. + All portable fire extinguishers are expired (manufacturing dates of 2004, 2003, and 2005) - re-certify and tag, now and annually. (Refer to: NFPA 10 4-4.1)

2. + There are no ground fault circuit interrupters in the 120 volt receptacles in the galley, cockpit, and beneath the cockpit sole - as a product improvement, it is highly recommended that GFCI be installed in these receptacles. (Refer to: ABYC E-11.15.3.5)

3. + No waste management plan was found on board - provide, sign, and keep with vessel papers for vessels of 40 feet or more in length. (Refer to: 33 CFR 151.57)

4. + No copy of the Navigation Rules Handbook was found on board - provide and keep on board vessels of 12 meters or more in length. (Refer to: 33 CFR 88.05)

5. + The generator exhaust comes into the main engine exhaust tubes approximately 8' from the transom - each engine must have a separate terminus. (Refer to: ABYC P 1.5.7)

6. + The navigation sidelights do not conform to U.S. Coast Guard Rules and 33 CFR 2020 - install side navigation lights that conform to USCG Regulations.

7. + The fixed automatic fire extinguisher in the engine room is not properly installed - install on center, as per manufacturer's instructions.

8. + The fixed automatic fire extinguisher in the engine room is expired (manufacturing date of June, 2003) - re-certify and tag, now and annually. (Refer to: ABYC A-4.Ap.6.3)

9. + The stern light on the transom is inoperative - repair and prove.

10. + No Hull Identification Numbers were found on the transom - install HIN on transom as per 33 CFR 181 Subpart C.

11. + The EPIRB on the flybridge must be registered by the new owner and checked for proper operation.

When the above listed items as marked with a plus or double plus are complied with, this vessel would be considered, in my opinion, to be sound and in satisfactory condition for it's intended service at this time, with no warranty either specified or implied.

## RECOMMENDED REPAIRS: (PRIMARY RECOMMENDATIONS)

This section consists of a list of repairs that should be made to this vessel in order to keep it in good usable condition.

1. There is a leak at the bottom aft fitting of the holding tank beneath the VIP stateroom sole - repair leak.

A ++

2. The top brackets of the forward fuel tanks beneath the master stateroom sole are not welded to the tops and are chafing into the tanks - weld top brackets to tanks.

Page 11 of 15

04/13/2887  18:17   5517995722          HMY YACHT SALES INC              PAGE  22/25

PRICE MARINE SERVICES, INC.                          (772) 546-0928
                    "DOUBLE BILLED"
                     DOC #1168128

FILE NO.: 27145                              DATE:  3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof in under any circumstance whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conclusions.

## REPORT OF SURVEY

RECOMMENDED REPAIRS: (continued)

3. The bilge pump beneath the master stateroom sole does not come on by automatic function, but functions manually - repair or renew.
4. The fuel tanks beneath the master stateroom sole are not bonded - bond to central bonding system.
5. The fuel tanks have no labels - label properly.
6. The high water alarm float switch beneath the aft companionway sole is inoperative - repair and prove.
7. The fuel fill hoses beneath the companionway sole sage near the tanks and hold fuel - route hoses so that fuel drains out. (Refer to: ABYC H-33.12.4)
8. Two 12 volt wires, portside in the cockpit, are live with exposed ends -- terminate wires properly.
9. The fuel tank beneath the cockpit sole is mounted at only two visible locations on the stringers and resting at four corners on the stringers - secure tank in more locations.
10. The aft fuel tank is chafing on the underside of the cockpit sole - separate tank and deck.
11. There are no anti-syphon loops on the bilge pump discharge hose and the fish box drain pump hoses beneath the cockpit sole, nor on the bilge pump discharge hose in the engine room - install same.
12. The steering hydraulic ram shaft connection at the tie rod chafes on the rudder table - adjust and fix connection.
13. There are water leaks at the scuppers beneath the cockpit sole, with heavy staining - repair leaks and clean.
14. The wire tie screws are rusting at the starboard side of the transom inside - repair cause and clean.
15. There is excessive vibration when running - consult with vibration specialist.
16. Neither of the battery charger 120 volt receptacles in the engine room has a ground fault circuit interrupter - install same.
17. The starboard main engine exhaust fiberglass tube for the inboard bank is cracked and leaking - repair or renew.
18. The starboard main engine exhaust hose (first) has evidence of leakage - repair.
19. The shaft stuffing boxes have no water feed crossover hoses and they are not bonded - repair.
20. The through hull fitting and strainer of the air conditioner water intake in the engine room are not bonded - bond to central bonding system.
21. The high water alarm float switch in the engine room did not trigger the alarm - repair and prove.
22. The hydraulic steering fluid level is very low - check for leaks, and top off reservoir.
23. There are several leaks at the hydraulic steering fluid reservoir tube connections - repair fluid leaks.
24. The steering seems to bind when steering hard over - repair and prove. (The fluid reservoir is Hynautic and the steering rams are Sea Star brands).

Page 12 of 15

04/13/2007  18:17   5617995722                    HMY YACHT SALES INC                    PAGE   23/25

(772) 546-0928

PRICE MARINE SERVICES, INC.
"DOUBLE BILLED"
DOC #1168128

FILE NO.: 27145                                                                          DATE:  3/22/07

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstances whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conclusions.

## REPORT OF SURVEY

### RECOMMENDED REPAIRS: (continued):

25. The portable compressor on the flybridge is not secure - mount firmly.
26. The radar overlay on the NAVnets does not match the chart orientation - repair or adjust.
27. The rudder zincs are missing - renew. *(done)*
28. Highly recommend an electrical survey as there are questions about the 12 volt DC and 120 volt AC systems. - *Surveyor left on-station on but-turned charger off.*
29. Highly recommend pursuing a noise and vibration abatement program.
30. The stainless steel water intake grills for the sea chests on the hull bottom are starting to corrode - check to see if they are bonded to the central bonding system and take remedial actions.

### MAINTENANCE: (SECONDARY RECOMMENDATIONS)

NOTE: This hull condition and marine risk survey is conducted on an intensive basis with an effort to uncover as many deficiencies as possible. Many of the recommendations contained in this report will be in the realm of normal and preventive maintenance. These will not effect the structural integrity or seaworthiness of the vessel, but will serve as a guide for attaining a vessel in Bristol condition. In interpreting this survey report, it is necessary for you, as a buyer, to distinguish between the first two categories and comments concerning cosmetic or maintenance repairs (as listed in the next section). Completion of these minor repairs may make the vessel more pleasurable to view or to operate, but are not necessary to have a sound and capable yacht. These details are included for your use as a repair list to be completed at your discretion. It is this surveyor's opinion that the maintenance items listed here should not be used in the bargaining process for the purchase of this vessel.

The vent fan in the VIP head is inoperative - repair.
One shower drain hose connection beneath the VIP stateroom sole leaks - repair.
The vent fan in the master head is inoperative - repair.
Both steps in the port crew stateroom are loose - tighten.
The mirrors in the port crew stateroom are not secure - fasten.
The lint filter in the clothes dryer in the companionway is dirty - clean.
The latches on the refrigerator drawers in the galley are not very effective - repair.
The port 120 volt receptacle in the salon has no power - repair.
The forward port and starboard window shades in the salon will not stay up - repair.
The cockpit to salon entry door handle is loose - tighten.

Page 13 of 15

04/13/2007  10:17   5617995722               HMY YACHT SALES INC              PAGE  24/25

PRICE MARINE SERVICES, INC.                                           (772) 546-0928
                              "DOUBLE BILLED"
                              DOC #1168128

                                                          DATE:  3/22/07

FILE NO.:  27145

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstances whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conclusions.

## REPORT OF SURVEY

### MAINTENANCE: (continued)

Pressure is weak in the raw water wash down in the cockpit - repair.
Some of the string light sections beneath the gunwales in the cockpit are inoperative - repair.
The port scupper in the cockpit has a crack at the bottom - repair.
The live well pipe connections at the pump beneath the cockpit sole weep - repair.
The outrigger spreader wires are loose - adjust.
One battery terminal on the starboard batteries in the engine room is loose - tighten.
The hinges for the steps from the engine room to the cockpit are very loose - tighten or refasten.
Both trim tabs at the transom are bent - straighten or renew.
The port trim tab zinc on the transom is loose - tighten.
The starboard trim tab zinc is worn - renew.
The zinc on the transom is nearly worn out - renew transom zinc.
There are minor cracks around the port exhaust port on the transom - repair.
The underwater camera on the transom has a dirty and wet lens - clean or repair.
Fiberglass is eroding from aft of the rudder logs on the hull bottom - repair.
Fairing material is separating from the struts on the hull bottom - repair.
Fairing material is separating around the shaft logs - repair.
Two screws are missing from the port and one from the starboard sea chest - renew screws.
The anti-fouling bottom paint is worn - renew soon.
The shaft zincs are worn - renew.
Engine room depression is high at full throttle - check limits.

### COMMENTS:

The phone in the crew stateroom was not tested.
The security system in the salon was not tested.
The vessel is equipped with top line electronics that must be demonstrated.
The dockside TV and phone connections were not tested.
The TV antenna cable connection in the cockpit was not tested.
Accuracy of the main engine gauges in the engine room was not confirmed.
The hydraulic steering fluid pressure gauge in the engine room currently reads 26 psi.
Accuracy of the gauges on the flybridge was not confirmed.

Page 14 of 15

04/13/2007  18:17   5617995722                    HMY YACHT SALES INC                    PAGE   25/25

PRICE MARINE SERVICES, INC.                                              (772) 546-0928
                            "DOUBLE BILLED"
                            DOC #1168128

                                                                  DATE:  3/22/07
FILE NO.:  27145

This report is subject to the condition that it is understood and agreed that neither this office nor any surveyor or any employee thereof is under any circumstances whatsoever to be held responsible in any way for any error in judgement, default or negligence nor for any inaccuracy, omission, misrepresentation or misstatement in this report, and that the use of this report shall be construed to be an acceptance of the foregoing conditions.

## REPORT OF SURVEY

The market value appearing on the first page of this report is based on the average selling price of a vessel of this type and according to material at hand, considering all extras and accessories fairly depreciated, and is intended for insurance and financial evaluation, but is not intended to influence the purchase or non-purchase of the vessel.

This survey is based on my opinion of the facts presented and discovered with no warranty either specified or implied. Latent defects not to be found without opening or removing of sheathing, joiner work, deck covering, and/or the disassembly of machinery, plumbing, wiring, or other parts of this vessel are not intended to be covered by this report.

Neither the surveyor nor the Corporation guarantees the accuracy of this survey nor the condition of the vessel. Neither the Corporation nor its officers, directors, surveyors, employees, representatives or agents under any circumstances whatsoever, are to be held responsible for any error of judgement, default, or negligence of the Corporation's agents, nor shall the Corporation nor its officers or directors, under any circumstances whatsoever, be held responsible for any omission, misrepresentation, or misstatement in any certificate or report.

This survey is issued without prejudice to the rights of whom it may concern.

Price Marine Services, Inc.
Society of Accredited Marine Surveyors



Thomas Price, AMS #225
For the Corporation

Page 15 of 15

# EXHIBIT F

04/13/2007  10:17   5617995722                    HMY YACHT SALES INC                    PAGE  02/25

# PRE-PURCHASE ENGINE SURVEY
## TECHNICAL REPORT & RECOMMENDATIONS

# M/V  DOUBLE BILLED
### 2006, 66' LEGACY
### March 22, 2007

**Prepared Exclusively For:**

Mr. Brian O'Neill
2701 Renaissance Blvd
King of Prussia, PA  19406

**Prepared By:**

Timothy J. Caruso
MARINE DIESEL ANALYSTS, INC.
PO Drawer 590
Port Salerno, FL 34992

File #7500



EXHIBIT

F

04/13/2007  10:17   5617995722          HMY YACHT SALES INC          PAGE  03/25

# MARINE DIESEL ANALYSTS, INC.
### CAT Marine Engine Surveys & Consultations

March 22, 2007

Mr. Brian O'Neill
2701 Renaissance Blvd
King of Prussia, PA  19406

RE:  Pre-purchase Engine Survey on a 2006, *66' Legacy, M/V Double Billed*
     Caterpillar Model C-32,   1,650 HP @ 2,300 RPM       MDA File #: 7500

Dear Mr. O'Neill:

A pre-purchase, level 1 engine survey was performed on the M/V Double Billed on
March 20th and 22nd, 2007, in North Palm Beach, FL.   Tom Price of Price Marine
Services performed the hull survey.  Please refer to his report for vessel related
information.

### MAIN ENGINES

Both engines and marine gears were externally inspected.   Caterpillar computer
diagnostic instrumentation was set up on the engines and marine gears. The vessel was
sea trialed under various load conditions to determine the overall condition of the engines
and gears.  Oil samples were taken of the engines, marine gears and generators – results
are forthcoming.  In order to keep your purchase moving in a forward direction, this
report has been prepared prior to the receipt of the oil sample results.  Once the oil
sample results are received and reviewed, there may be additional recommendations. We
strongly encourage you to continue taking oil samples at regular intervals to build upon
this established base line.

Some points of interest concerning the engines are discussed here, with a more in depth
list in the technical report attached (primary and secondary recommendations).

Overall, the engines performed very well.  All primary pressures and temperatures fell
within Caterpillar specifications.   The exhaust emissions were found to be clear at all
RPM/load levels.  Crankcase pressure, an indication of the internal condition of the
engine, was found to be well within the Caterpillar specifications of 2" of water at full
load RPM with the Air Seps disconnected.  The Caterpillar recommended full load RPM
of 2,300 was easily achieved.  The port maximum RPM was 2,345, the starboard 2,332.

The C-32 is an electronically controlled engine. The vessel is equipped with Caterpillar
electronic controls.   The Caterpillar controls are wired directly (fly-by-wire) to the
Electronic Control Modules (ECM) for engine rpm control. The Caterpillar controls are
also wired directly to the ZF marine gears for vessel directional control, i.e.
forward/neutral/reverse and the trolling valve feature. The Caterpillar ECM is located on

Page 1 of 7

04/13/2007  10:17   5617995722          HMY YACHT SALES INC          PAGE  04/25

*M/V Double Billed*
*March 22ᵗʰ, 2007*

the rear cover between the turbochargers. The BCMs and the Caterpillar controls require a constant 24 DC voltage source. Therefore, the DCV system (batteries, alternators, related wiring, terminals and charger) must be kept in good working order at all times in order to maintain control of this vessel.

The following information has been recorded within the BCM's. The port engine has consumed 7,210 gallons of fuel and the starboard 7,482 gallons. The BCM service meters reflect port 291+/- hours and starboard 292+/- hours. The engines are designed to consume 200,000 gallons of fuel, or operate 8,500 hours, before a major overhaul. Scheduling preventive maintenance with the assistance of the fuel consumption is the preferred method over engine hours.

The following operating information has been recorded in the BCMs. This information has been averaged, as both engines were very similar. Approximately 140 hours have been spent in the low idle range (600-1,100 RPM), 8 hours in the 1,800-1,899 RPM range, 47 hours in the 1,900-1,999 RPM range, 32 hours in the 2,000-2,099 RPM range, 8 hours in the 2,100-2,199 RPM range, 1 hour in the 2,200-2,299 and 1 hour at 2,300+ RPM range. Please note: very few hours were spent between 1,100 and 1,700 RPM.

The established overall load factor of the engines in this vessel is elevated at 51-53%. As stated by Caterpillar, the load factor for pleasure craft engines rated at the "E" level may be "up to 30%". In my experience, it is not unusual to find the load factors elevated in this type of vessel, i.e. sport fishing vessel.   Expected engine life is generally predicted by the average power that is demanded. The average power that is demanded is based on fuel consumption of the engine over a period of time. Reduced hours of operation at full throttle and/or operating at reduced throttle settings result in a lower average power demand. Reduced hours of operation will increase the length of operating time before an engine overhaul is required. It is recommended by Caterpillar that the engine's continuous cruising RPM should be approximately 400 RPM less than the present full load RPM, or 1,900 RPM if the engines are correctly propped. The future operators should try to run within or below these parameters to reduce the overall load factor (1,899 or less).

## GENERATORS
The vessel is equipped with two 20 KW Northern Lights generators.  The port unit is located aft of the port engine within a sound enclosure.  The starboard unit is located aft of the starboard engine within a sound enclosure.  The units were tested under load and carried the load well. The service meters reflect port/375 hours, starboard/377 hours at this time.  Overall, the generators appear to be original or as shipped.

Attached you will find a technical report that consists of primary recommendations (repairs which require attention due to their immediate effect on safe operation) and secondary recommendations (manufacturer's recommended maintenance items and product updates).  The recommendations noted and the maintenance items should be

Page 2 of 7

MARINE DIESEL ANALYSTS, INC.    CAT Marine Engine Surveys & Consultations

04/13/2007  18:17   5617995722                    HMY YACHT SALES INC                    PAGE  05/25

*M/V Double Billed*
*March 22ᵗʰ, 2007*

addressed prior to the vessel being taken on an extended trip.   If we can be of further assistance please do not hesitate to contact us.

PLEASE NOTE:  This survey is based upon the observed condition of the vessels engines (including gears and generators) and is not a warranty either expressed or implied thereof.  Latent defects which cannot be determined without disassembly are not covered by this survey.  The evaluation results were derived from non-invasive type testing.  Due to the corrosive marine environment, forecasting engine life, and the components thereof, is very difficult.  Caterpillar, Inc. is constantly improving their products and the C-32 engine is not an exception.  It is recommended that you contact your Caterpillar dealer (Pantropic Power Products #561/640-0818) for information regarding previous service history, outstanding product updates, the current warranty status, and the availability of extended warranty.

This survey is prepared exclusively for Mr. Brian O'Neill as the buyer, and as aforesaid does not expressly or impliedly warrant or any way guarantee the condition of these engines, gears or generators.  It is further agreed by Mr. Brian O'Neill, that Marine Diesel Analysts, Inc. and/or Timothy J. Caruso shall not be held liable or responsible for any errors, omissions, or oversights in the surveying of the above-described vessel "Double Billed".

If we can be of any further assistance please do not hesitate to contact us.

Respectfully submitted without prejudice,

MARINE DIESEL ANALYSTS, INC.


Timothy J. Caruso
Marine Engine Surveyor/President

Page 3 of 7

MARINE DIESEL ANALYSTS, INC.    CAT Marine Engine Surveys & Consultations

# MARINE DIESEL ANALYSTS, INC.
### CAT Marine Engine Surveys & Consultations
#### Timothy J. Caruso, President

# TECHNICAL REPORT & RECOMMENDATIONS

## M/V DOUBLE BILLED
### March 22, 2007
### File #7500

### Prepared exclusively for:  Mr. Brian O'Neill

ENGINE MANUFACTURER: CATERPILLAR  MODEL #: C-32
PORT SERIAL #: RXB02181        SERVICE METER:  290
STBD SERIAL #: RXB02196        SERVICE METER:  282
HORSEPOWER: 1,650              FULL LOAD RPM:  2,300
ARRG. #:  239-2350 and 2351

MARINE GEAR MANUFACTURER: ZF    MODEL #: ZF2060A
RATIO: 2.029:1     PORT SERIAL #: 50014762  . STBD SERIAL #: not available

### MAIN ENGINES AND MARINE GEARS
### PRIMARY RECOMMENDATIONS

Primary recommendations are repairs which require attention due to their immediate effect on safe operation.

1)  The starboard engine's left turbocharger exhaust elbow support bracket is cracked. Replace exhaust elbow as required.

2)  Several (starboard right and left, and port left) turbocharger oil supply line support clamps are broken. Replace damaged support clamps as required.

3)  The starboard left turbocharger coolant vent line is vibrating excessively and is subject to failure. Support clamp is not fastened. Refasten support clamp as required.

4)  The starboard left crankcase vent hose clamp is loose and misplaced. Repair as necessary.

5)  Oil is leaking heavily from the right rear accessory drive cover on the port engine. Investigate further and repair as necessary. Detail related oil leakage.

### Page 4 of 7

MARINE DIESEL ANALYSTS, INC.    CAT Marine Engine Surveys & Consultations

04/13/2007   18:17   5617995722                    HMY YACHT SALES INC                    PAGE  07/25

*M/V Double Billed*
*March 22nd, 2007*

## MAIN ENGINES AND MARINE GEARS
### PRIMARY RECOMMENDATIONS-continued

6) Hydraulic oil is leaking from the steering pump. Pump is being driven by the right rear accessory drive on the starboard engines. Investigate further and repair as necessary. Detail related oil leakage.

7) Raw water is leaking from the fiberglass exhaust pipes in several areas on both the port and starboard exhaust systems. Raw water appears to be leaking between the fiberglass lay-ups. The port side has been temporarily repaired with epoxy. Investigate further and repair as necessary. Detail related salt buildup.

8) The lower port alternator main support bolt is missing its washers and nut. Bolt has partially drifted out of the bracket/alternator and is captured by the vee belt guard. The alternator cooling fan has damaged the plastic vee belt guard. Replace missing hardware as required. Replace vee belt and damaged guard.

9) The port raw water pipe routed from the heat exchanger outlet to the exhaust risers is loose. Check/tighten all support bolts.

10) The jacket water coolant line to the right starboard engine turbocharger is chafing on the exhaust manifold. The port engine coolant line is similar. Replace damaged coolant lines as required. Improve isolation of lines.

11) Raw water is leaking from the pipe routed from the starboard engine heat exchanger outlet to the exhaust risers. Pipe is chafing on the Caterpillar start/stop panel support bracket. The alternator is corroded internally due leakage. Replace alternator, damaged pipe and improve isolation.

12) Oil is leaking from the oil sample port located on the inboard side of the starboard engine. Replace oil sample port valve and detail related oil leakage.

13) Raw water is leaking from the port marine gear oil cooler outlet. Raw water is leaking from the bronze "close" nipple area. Inspect "close" nipple for premature corrosion. Reseal pipe fittings as required and detail related corrosion.

Page 5 of 7

MARINE DIESEL ANALYSTS, INC.    CAT Marine Engine Surveys & Consultations

.04/13/2007  18:17   5617995722                 HMV YACHT SALES INC                  PAGE  08/25

*M/V Double Billed*
*March 22ᵗʰ, 2007*

## MAIN ENGINES AND MARINE GEARS
## SECONDARY RECOMMENDATIONS

Secondary Recommendations are manufacturer's recommended maintenance items, product updates and observations.

1)  Service Air Sep closed crankcase vent system components.     System is not maintaining a "negative atmosphere" in crankcase.

2)  The paint coating is peeling/missing from the starboard oil pan.  Remove loose paint as required.  Prime and paint pan to prevent premature corrosion.

3)  The port rear area of the left cylinder head is stained with a dark substance. Dark substance was also noticed in several cylinder head bolt areas.  Substance is possibly a gasket sealant.  Detail/remove stainage as required.

4)  The marine gear's oil filter screens appear to be original/unserviced to date. Service port and starboard oil filter screens, change filters and change oil. Note, oil samples may return poorly due to extended service interval.

5)  Using Caterpillar operations and maintenance manual as a guide, assure that the recommended maintenance is performed as required.
    Check service records and perform service as needed.
    a)     Change engine oil and filters
    b)     Change CAT fuel filters (original).
    c)     Check/replace/adjust vee belts.
    d)     Test/prove engine alarm system.
    e)     Check/replace zincs.
    f)     Check/clean/calibrate engine speed/timing sensors.
    g)     Inspect/adjust engine valve lash and injector pre-load.
    h)     Check all hoses and clamps.
    i)     Service Racor dual 1000 fuel filters.   Note, bowls were found to be slightly contaminated at time of survey.
    j)     Tested coolant.  CAT BLC type - "OK".

6)  Notes and Observations:
    a)     The starboard engine is driving the hydraulic steering pump from the right rear accessory drive.
    b)     The port oil filter is labeled "Nov 2005/128 hours".  The starboard oil filter is labeled "Nov 2005/118 hours".  Note, oil samples may return poorly due to extended service interval.
    c)     The fuel transfer pump has been replaced on the starboard engine.
    d)     The aftercooler core appears to have been replaced on the port engine.

Page 6 of 7

MARINE DIESEL ANALYSTS, INC.    CAT Marine Engine Surveys & Consultations

*M/V Double Billed*
*March 22ᵗʰ, 2007*

## GENERATORS

**Manufacturer: Northern Lights**
**Port:  M844LW2-20 kW**       **Serial Number: 8442-34098C**    **Hours: 375**
**Starboard:  M844LW2-20 kW**  **Serial Number: 8442-34099C**    **Hours: 377**

## PRIMARY RECOMMENDATIONS

Primary recommendations are repairs which require attention due to their immediate effect on safe operation.

    1)   None Noted.

## SECONDARY RECOMMENDATIONS

Secondary Recommendations are manufacturer's recommended maintenance items, product updates and observations. Note, units appear to be "as shipped".

1) Racor 500 fuel filter bowls were found to contain light sediment. Replace fuel filters and clean bowls.

2) Valve covers appear to be original/undisturbed. Adjust valves as necessary.

3) Check/replace raw water pump impellers.

4) Change Northern Lights fuel filters.

5) Check/adjust vee belts.

6) Chang oil and oil filters. Note, oil filters are dated Nov 2005. Oil samples may return poorly due to extended service interval.

7) Check all hoses and clamps.

8) Detail drip pan areas and prime and paint support rails as required to stabilize corrosion.

9) Test/check engine safety systems.

Page 7 of 7

MARINE DIESEL ANALYSTS, INC.    CAT Marine Engine Surveys & Consultations

04/13/2007  10:17   5617995722                HMY YACHT SALES INC              PAGE  10/25

# ELECTRONIC SEA TRIAL DATA SHEET

Vessel Name: Double Billed    File #7500    - Date: March 20th 22nd, 2007

| | Port | Sbtd | Port | Sbtd | Port | Sbtd | Port | Sbtd | Port | Sbtd | Port | Sbtd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R.P.M. | 1850 | 1850 | 1850 | 1850 | 1850 | 1850 | 1850 | 1850 | 2341 | 2330 | 2345 | 2332 |
| Throttle Position | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 68 | 100 | 100 | 100 | 100 |
| Oil Pressure | 64 | 59 | 62 | 59 | 61 | 57 | 57 | 60 | 63 | 63 | 68 | 51 |
| Turbo Boost | 20 | 21 | 19 | 21 | 20 | 21 | 21 | | 33 | 35 | 33 | 35 |
| Fuel Rate | 62 | 61 | 50 | 52 | 51 | 51 | 52 | | 86 | 88 | 85 | 90 |
| Water Temp | 181 | 180 | 183 | 181 | 183 | 181 | 181 | | 192 | 189 | 192 | 186 |
| Inlet Air Pres | 15 | 16 | 15 | 15 | 15 | 16 | 15 | | 15 | 16 | 15 | 15 |
| Fuel Pressure | 55 | 64 | 59 | 63 | 58 | 62 | 60 | | 56 | 60 | 55 | 60 |
| Fuel Position | 293 | 290 | 291 | 299 | 292 | 290 | 290 | | 340 | 403 | 188 | 396 |
| In.Man.Temp. | 100 | 102 | 106 | 106 | 108 | 106 | 115 | | 24 | 118 | 118 | 120 |
| Volts D.C. | 25 | 25 | 25 | 25 | 25 | 25 | 24 | | 24 | 24.5 | 24 | 24 |
| M.G. Pressure | 360 | 349 | 360 | 349 | 350 | 348 | 361 | | 353 | 306 | 353 |
| M.G. Temp | 162 | 99 | 119 | 109 | 120 | 112 | 122 | | 115 | 126 | 119 |
| Fuel Temp | 84 | 84 | 84 | 82 | 84 | 84 | 84 | | 89 | 84 | 84 |
| Load | 58 | 65 | 85 | 57 | 57 | 58 | 86 | | 88 | 87 | 88 |
| Exh Temp | 1018 | 1023 | 1014 | 1021 | 1018 | 1022 | 1128 | | 1119 | 1127 | 1113 |

High Idle Port Spec. _____   Actual 2410
High Idle Stbd Spec. _____   Actual 2410

Engine Rating:
Port Hrs  281      H.P. _____      O.T. Spec OK5226      1850 at P.P.M.
Stbd Hrs  292

Vessel Load _____ fuel 83% water 100%
Bottom Condition _____ clean
Exhaust Back Pressure H2O* Port 2300
Crankcase Pressure H2O* Port _____

Vehicle ID#
Engine S/N Port - RXB02181          Engine Model #      Stbd - RSB02195
E.C.M.# Port - 0824B144KS                               Stbd - 0824B094KS
Per.Mod Port - 2643109-00                               Stbd - 2643109-00
Per.Mod Date Port - Oct-05                              Stbd - Oct-05
F.R.Level Port - 2                                      Stbd - 2
Arrangement Port - 239-2360                             Stbd - 239-2361

F.L.S. _____        Engine Model  C32-1650HP
F.T.S. _____
P.M.C. _____

NOTES
Tattletales  P - 27   S - 13

Stbd 20 / Port 6
Stbd 10 / Port 1.6
-89 / 73

# EXHIBIT G

# CALHOUN & CO.

Naval Architecture – Marine Engineering
P. O. Box 8255, Jupiter, Florida 33468-8255
Phone: (561) 743-1924   Fax: (561) 743-1926

Mr. Brian O'Neill                                                          30 March 2007
2701 Renaissance Rd
King of Prussia, PA. 19406

REF: DOUBLE BILLED Sea Trial Results

Dear Mr. O'Neill:

The following is a summary of my observations and recommendations from the
DOUBLE BILLED sea trial that was conducted on March 29th.

For the record, the subject vessel is a twin-screw fiberglass motoryacht, 66.5 ft in
overall length, with a beam of 19'-9" feet and a full load draft of 5 feet. The main
propulsion engines are two CATERPILLAR C-32 marine diesels, rated 1652 bhp @
2300 rpm. The engines are driving thru a set of ZF 2050A reduction gears at
2.029:1 ratio. The existing ELLIS brand 5-bladed 35-inch diameter props are
reportedly 0.95 EAR with an average pitch of 51 inches, and without cup or camber.

The weather conditions at the time of testing were 80°F and clear, with a
moderate ocean swell, 2-3 ft. waves, and a 10 knot easterly breeze. Speed trials
were conducted in both directions and averaged to negate the effects of wind and
current. The vessel loading at the time of testing was nearly full load (1200/1200
gal. fuel aft, 150/300 gal. fuel in each of the two fwd tanks, and 200/300 gal.
potable water in the fwd centerline tank). All normal furnishings and outfit items
were aboard at time of trial. Two passengers and the Captain/Owner were
present. The test was conducted in deep water (>60 ft. water depth) off the Port
of Palm Beach (Lake Worth Inlet). The trim tabs were available and operational, but
not used for these benchmark trials. The engines were run at a variety of rpms to
observe speed and vibration. The data obtained is as follows:

| Engine RPM (P/S) | Load | Fuel Rate | Speed in knots (Average) | Comments |
|---|---|---|---|---|
| 1600/1600 | 51/50 | 42/41 gph | 24.3 | surfing down-sea |
| 1800/1800 | 58/57 | 52/52 | 27.8 | surfing down-sea |
| 2000/2000 | 77/77 | 67/67 | 31.2 | |
| 2150/2150 | 87/87 | 76/76 | 33.4 | |
| 2290/2300 | 100/100 | 89/89 | 35.6 | Wide Open Throttle |

NOTES: The vessel speeds noted above are averaged from the oscillating GPS readout, and
are therefore plus or minus about 1/4 knot in accuracy.
The engines throttles were in the synchronized mode for all speeds except wide open
throttle.



EXHIBIT

6

Page 2 of 3 / Letter to Brian O'Neill / March 30, 2007

Propeller noise and vibration was noticeable and prominent throughout the middle and upper range of engine speeds, mostly in the cockpit. My conclusion is that the vibration is predominantly propeller-related cavitation effects transmitted thru the hull to the surrounding structure. I saw no indication that shaft rate excitation of the strut(s) or rudder(s) at resonance was occurring.

I subsequently ran a series of propeller analysis calculations based on the speeds and loads from the above sea trial, and would conclude that the existing propellers are not very well tuned or sized. Using assumed coefficients for the thrust deduction and wake fraction, my analysis shows that the blade area of the existing propellers is substantially less than required to transmit the horsepower available. Consequently, the cavitation index is running about 160% of recommended, which is an indication that severe cavitation is occurring. This is inevitably accompanied by high vibration levels and a reduction in propeller thrust.

My recommendation would be to reevaluate the performance and vibration issue after "blueprinting" the existing propellers to very close pitch tolerances and then determine their condition and existing blade shape. After the propellers are initially scanned for addition of appropriate amounts of camber, cup and variable pitch to enhance performance and reduce vibration.

After blueprinting and balancing I believe there will be a small but noticeable reduction in vibration and increase in performance. Given that the existing props are under-area, however, there is a limit to how much they can be optimized.

The optimum propeller design for this vessel, given the tunnel constraints that limit your maximum diameter to 35 inches, and given the style and nature of the vessel would be a VEEMSTAR C (made by VEEM Propeller Co.). I would recommend a pair of 35-inch diameter seven-blade NIBRAL (Nickel-Bronze-Aluminum) propellers of about 1.30 Expanded Area Ratio (EAR). These have 30% more area than your existing propellers, and use cambered, foil-shaped skewed blades optimized for high-speed applications. For this size and type of yacht I believe these propellers represent the best attainable performance and are reasonably priced.

Since the accuracy of the propeller estimating calculations are so closely based on accurate speed and performance data, the typical next step would be to have the existing propellers blueprinted and matched; sea trial the vessel again, and then run a second set of calculations with the updated performance data to confirm the optimum propeller selection and more closely estimate the desired pitch.

As you requested I will approach VEEM with the design particulars to solicit a sales quotation on your behalf. As a specifying engineer I do not participate in, nor benefit from, any product recommendation that I might make. Due to the detailed and esoteric nature of propellers, I would be happy to assist with making sure the details of the quotation are correct, but you are responsible for contacting and arranging the purchase yourself.

2

Page 3 of 3 / Letter to Brian O'Neill / March 30, 2007

In summary, my analysis confirms that the existing propellers are responsible for the lion's share of the vibration in stern of the vessel. They are substantially under-area and do not appear to have been specifically sized or tuned for this application. This is fairly typical with most boat builders, in my experience, but leaves substantial room for improvement when purchasing new propellers. I believe that new propellers of greater area, better design, and more blades will show a noticeable increase in performance and reduction in vibration. The best way to pursue this goal would be to optimize the existing propellers and sea trial the boat a second time to quantify the improvement so that the performance with the new propellers may be more accurately extrapolated.

Thanks for requesting my involvement and I look forward to working with you to optimize the performance of this vessel. Please feel free to call if you have further questions or would like to clarify any of the issues mentioned.

Best regards,

Kevin H. Calhoun
FL Reg. Professional Eng. # 57408
Naval Architect/Marine Engineer

KHC:ms

3

# EXHIBIT H

04/19/2007  17:45   6183378541                    ONEILL COMPANIES                    PAGE  01/02



# HMY

APR 19 2007

## *PURCHASER'S CLOSING STATEMENT*

**DATE:**                          April 18, 2007

**PURCHASER:**                     Carolina Acquisition, LLC.
                                   J. Brian O'Neill – Managing Member
                                   222 Jefferson Blvd # 200
                                   Warwick, R.I. 02888

**SELLER:**                        Double Billed LLC. / Jack Medlin- Member
                                   1209 Orange Street
                                   Wilmington, De 19801

**VESSEL DESCRIPTION:**            "Double Billed"
                                   2003 66' Custom Carolina
                                   HULL #: IB766002A503
                                   USCG Doc # 1168128

| | |
|---|---|
| PURCHASE PRICE | $1,575,000.00 |
| Plus trade of 1998 53' Ocean " The Bryemere V" Hull # XYU6853FH798 | $ 700,000.00 |
| Total Purchase. | $2,275,000.00 |
| Less Survey Adjustment | ($ 150,000.00) |
| Adjusted Sales Price | $2,125,000.00 |
| Amount to pay off trade | $ 511,505.00 |
| Trade | ($700,000.00) |
| Downpayment on Double-Billed in escrow | ($ 15,000.00) |
| Total Due at Closing | $1,921,505.00 |
| Financed Amount / Beacon Credit | ($ 1,976,000.00) |

Amount of loan credit to Buyer wire from    $    54,495.00
Beacon Credit

APR 1 9 2007

Reviewed & Accepted            Date          Reviewed & Accepted            Date
Purchaser, Carolina Acquisition, LLC.        Broker, HMY Yacht Sales, Inc.
J. Brian O'Neill – Managing Member

At Harbour Point Marina
2221 Monet Road – North Palm Beach, FL 33408   Office/561-799-9590 – Fax/561-799-5722
www.hmy.com



EXHIBIT

H

04/19/2007  17:45   6103370541                    ONEILL COMPANIES                    PAGE  02/02

# HMY



## SELLER'S CLOSING STATEMENT

APR 19 2007

**DATE:**                    April 18, 2007

**SELLER:**                  Double Billed LLC./ Jack Medlin - Member
                             1209 Orange Street
                             Wilmington, De  19801

**PURCHASER:**               Carolina Acquisition, LLC.
                             J. Brian O'Neill - Managing Member
                             222 Jefferson Blvd  # 200
                             Warwick, R.I. 02888

**VESSEL DESCRIPTION:**      "Double Billed"
                             2005 66, Custom
                             OFFICIAL NUMBER: 1163128
                             HULL NUMBER: IBT66002A505

---

| | |
|---|---|
| CONTRACT SALE PRICE | $1,575,000.00 |
| Plus trade of 1998 53 'Ocean | |
| "The Bryemara V" | $ 700,000.00 |
| Hull# XTU6853PH798 | |
| Total Value | $2,275,000.00 |
| Less Survey Adjustment | ($ 150,000.00) |
| Adjusted Sales Price plus trade | $ 2,125,000.00 |
| Less Commission to HMY | ($110,000.00) |
| Less Trade | ($700,000.00) |
| Net Proceeds to Seller | $1,315,000.00 |
| Total Loan Pay Off of 2005 66, Custom | ($1,461,086.00) |
| Loan from Beacon | $ 349,999.00 |
| | |
| Due to  SELLER via wire from Beacon | $ 203,913.00 |
| Credit | |

APR 19 2007

---

Reviewed & Accepted                Date          Reviewed & Accepted                Date
Seller                                           Broker, HMY Yacht Sales, Inc.

At Harbour Point Marina
2221 Monet Road – North Palm Beach, FL  33410  Office/561-799-9590 – Fax/561-799-5722
www.hmv.com

# EXHIBIT I

# Newport Marine Surveyors

## YACHT SURVEYORS, SAIL & POWER, WORLD WIDE SERVICE   ABYC   NFPA   SAMS

7 BALDWIN ROAD MIDDLETOWN RHODE ISLAND 02842 USA
OFFICE: 401- 849-1560   MOBILE 401-864-7575   E-MAIL: tksurvey@cox.net

July 14th 2007
Our file # 7081
Page 1 of 2

Mary Kay Brown
Brown Stone Nimeroff LLC
1818 Market Street, Suite 2300
Philadelphia, PA. 19103

Ref:
Mr. Brian O'Neill
2004, 66 ft Ocean going sport fishing yacht Bryemere
Bryemere is presently at Hinckley Company, Portsmouth, R.I.

Due to time constraints, this is an informal report consisting of my notes to-date.

Dear Mary Kay,
        After my review of this boat and a review by Matt Smith, a naval architect, I provisionally conclude that the boat is not built as designed. Please see Mr. Smith's comments especially note #8. I recommend that a second naval architect confirm Matt Smith's findings. The building errors are extremely serious and render the boat un-seaworthy, dangerous and unsafe for any use. To correct the building errors will require extensive work over the course of several months. The cost to correct the problems cannot be determined at this time but it will probably exceed $200,000. There are other issues including fuel tank problems and engine room venting problems, engine installation problems.

Before any testing took place, I noted problems in the following areas:

From the galley to the forward cabin, approx 18 ft.
Starboard side: The core is delaminated above the chine, from the inside laminate of the sandwich construction
Port side: The core is delaminated above the chine, from the outside laminate
Also, the core thickness is not as specified

Starboard side:
The cabin sole supports which are structural, are compromised by holes cut to run hoses. An example is at the aft' end of the starboard passageway.

The hull bottom is flexing alarmingly (at least 2 in. of vertical movement) in the area of the forward fuel tanks, port and starboard. Stringers have broken and cracks can be seen on the inside surfaces of the hull.

Stress cracks on the outside of the hull, radiate from the chine up the hull sides, port and starboard in the middle of the boat.

The starboard inboard stringer under the forward cabin has been compromised by cutting off the inboard wall to install the black water tank

EXHIBIT

July 14th 2007
Our file # 7081
Page 2 of 2

The port and starboard forward fuel tank bracket welds are broken.

The aft' main fuel tank is bearing on the stringers and hull bottom

To verify some of the laminate observation, samples of the hull were cut using a two-inch hole saw. We found the hull sides delaminated from the core as suspected and the core is the incorrect thickness. At this point I stopped any destructive testing and reported to Mr. O'Neill. His office asked me to report to you.

Mr. Tom Price, the surveyor who performed the pre-purchase survey in Florida for Mr. O'Neill was informed of the problems and came to Rhode Island. He was present during some of my inspections. He retained Mr. Bruce Pfund, a laminate expert to be present with him during the inspection.

I suggest you put the following people on notice regarding this matter;
The designer. Mr. Donald L. Blount
The builder
The first owner
The insurance underwriter for the first owner

The broker for the second owner
The pre-purchase surveyor for the second owner
The second owner
The insurance underwriter for the second owner

Tom Price, the surveyor for Mr. O'Neill
The broker for Mr. O'Neill
The present insurance underwriter
Any and all repair or modification contractors.

All interested parties should attend for a joint survey at some time in the near future. I will await your instruction but please note that I have a heavy schedule (as well all do) and I will be working in and out of Rhode Island and I will be out of the country from August 8th through the 15th.

I will be in contact with you this coming week and you can almost always reach me on my cell phone, 401-864-7575

Best regards
Tony

Attachments:
Report from Matt Smith. Naval Architect.

Copy to Mr. Brian O'Neill

# EXHIBIT J



**BRUCE PFUND/SPECIAL PROJECTS. LLC**
7 Windover Turn
Westerly, RI 02891 - 4070
USA    401-322-7474
bpspecialprojects.com - bpspecialprojects@cox.net

## VESSEL INSPECTION REPORT

July 25, 2007

Vessel Name: BRYEMERE
Client: Thomas A. Price
          Price Marine Services, Incorporated
          9418 SE Sharon Street
          Hobe Sound,
          Florida 33455-6833
Phone: 772-546-0928
          800-546-0928
Cell:  772-285-0433

SCOPE OF SERVICES:

      Mr. Price retained me verbally and by correspondence after review and
acceptance of my standard rates and terms. Mr. Price retained me to inspect the
vessel BRYEMERE, a custom-made sport fishing boat currently at the Hinckley facility
in Middletown, Rhode Island.

      I was retained to inspect the subject vessel for construction and service defects
or damage. I was instructed to document my observations with digital photographs,
and to prepare a written report with illustrated photographs.

SEA TRIALS:

A brief inspection was followed by sea trials. During the sea trials I stood on the hull
shell bottom's inner surface in a cutout made by Hinckley personnel prior to my
inspection. Sea conditions were calm, boat wakes small, yet the bottom panel moved
up and down approximately 2". Broken tank mounts could be seen moving around, with
the tanks rising and falling an alarming amount. The delaminated inner skin of the
starboard topside's foam cored panel in the passageway was observed panting in and
out approximately ½".

SUMMARY OF OBSERVATIONS AND CONCLUSIONS:

The vessel as built does not correspond in a number of important composite
construction respects to the plans provided by Donald Blount and Associates,
Incorporated. Significant deviations were noted in material selections and the size and
location of the hull's stringers and bulkheads.

Page 1 of 4



EXHIBIT
5

Significant damage has been found in the port and starboard topsides cored composites, the solid laminate hull shell bottom surfaces, and the internal framing of stringers and bulkheads. Additional undiscovered damage and deviations from specifications are expected.

PLANS AND GENERAL SPECIFICATIONS:
Plan page titled STRUCTURAL SCANTLINGS, in the General Notes sections, says "Scantlings developed according to ABS 1978 Rules for reinforced plastic vessels for a design displacement of 95,056 pounds and a design speed of 38.5 knots (related to twin MTU 12V2000M91 diesel engines). This laminate schedule may not be suitable for other engine options".

I note that the engines in BRYEMERE are not the MTU 12V2000s but rather different engines with approximately 150 additional horsepower each. In my opinion BRYEMERE'S current construction is lighter/weaker than what is specified for the lower horsepower configuration detailed in the plans.

Note that the displacement and top speed of the vessel have not been confirmed by lift-testing and sea trial.

COMPOSITE CONSTRUCTION AND GENERAL ARRANGEMENT DETAILS:

I noted that significant deviations from the Donald L. Blount Incorporated plans are present in way of where structural damage has also occurred. They include, but are not limited to:

Core thickness in the topsides is approximately 5/8", not 1 3/8" as specified. Density specification has not been determined

Inboard and outboard stringers are of incorrect cross-section and length, both approximately 10' shorter than specified. Their laminate schedules have not been determined.

The inboard stringer on the starboard side does not maintain the specified cross-section at the forward/end region. It becomes a single walled equipment foundation shelf. Adjacent to the aft end of the central plastic water tank the inner sidewall of the inboard stringer has been cut away. The extent to which the cutout has been re-laminated, if present, was not confirmed.

An offset in the sidewalls of the starboard outboard stringer of approximately 2" was noted looking forward in the crew accommodation space's bilge. Additionally, the tabbing of this offset in the stringer, at its join with the transverse bulkhead, was compromised by a large cutout for ship systems pass-through.

The outboard stringer ends abruptly, in an unsupported span, approximately 34" aft of the next bulkhead.

The transverse floors specified at stations 19 and 23.5 were not installed.

One sole to deck height bulkhead at station 21.5 has been omitted on the starboard side, in way of the passageway. It stops at the passageway sole level. An approximate 19' by 3' topsides cored panel is left unsupported as a result. The upper half of this

Page 2 of 4

panel features bookcase frames that are not extensively tabbed to the inner skin, and are rated as making a small contribution to the panel's reinforcement. Damage behind the cabinets is suspected.

The extent to which the thick plastic honeycomb-cored sole panels are adhesively bonded and tabbed to the bulkheads, frames, and support cleats was not determined. I saw no adhesive or adhesive drips as would be expected of the joints were adhesive-bedded. Carpet or carpet glue obscured the perimeter sole to topsides tabbing.

Large cutouts for systems pass-throughs were noted in the starboard side passageway's perimeter cleat or 'riser' mounted to the topside's inner skin. Similar treatment at this feature is expected throughout. Note that this particular area had extensive inner skin delamination

The fuel tanks appear to have been moving up enough to contact the underside of the sole panel above.

Most bulkheads below the compartment soles have large, square-cornered cutouts. The bulkhead to hull shell joints observed do not have the specified 'riser' or double-tapered fillet strip specified. No front view bulkhead drawing were provided in the current drawing package, but I would expect rounded corners , and perhaps a watertight hatch or two, in bulkhead cutouts in a Blount design.

Dozens of self-tapping fasteners of unknown length are driven into the solid laminates of the hull bottom, securing systems hoses, wires, air conditioning ducting, and equipment foundations. Similar fastenings also noted in the cores topsides, and expected throughout the solid laminate and sandwich panel construction.

In the lazarette, further indications of hull movement and tank chafe were observed, and once stanchion between the hull and the cockpit sole had no holes or fasteners in its top flange.

## REPAIR OR RE-DESIGN CONSIDERATIONS

It is important to note that repairs to the plans and specifications provided will not be adequate to return the vessel to safe operating condition. In my opinion significant damage to the hull shell's underwater surfaces is highly likely , based upon my observations during sea trials in benign conditions, where the bottom surface I was standing on moved up and down approximately two inches.

If the hull shell bottom's solid laminates have no obvious delamination, as in the port side solid laminate coupon that was removed, I maintain based upon my observations during the sea trials that a significant portion of the hull shell's fatigue tolerance has been used up. The same concern is relevant to the hull's internal framing system.

Evaluating the extent to which the laminates and structure have been fatigued, but not obviously failed or damaged, will be difficult, as will determining where to begin/end repairs

Considerable additional open/inspect and destructive/laboratory testing will be required to determine the extent of damage or fatigue that has occurred during the vessel's operation in its comprised structural condition.

Page 3 of 4

RECOMMENDED FURTHER ACTIONS:

Conduct an infra-red thermographic inspection of the subject vessel.

Conduct another sea trial. Weigh vessel during the lift. Equip the vessel with 'scratch-gauges' or other suitable equipment for recording the extent of hull shell and tank movement that occurs while underway. Record top speed, if appropriate in light of the vessel's damaged condition.

Videotape the hull shell and topsides panels, fuel tanks, and other items that move while underway.

Remove carpeting to expose additional hull inner skin for further tap testing and inspection during sea trials. Remove all relevant self tapping fasteners through the inner skin in way of the accessible midships regions to port and starboard.

Sand the interior gelcoat and exterior coating off the hull shell down to the laminate level in way of the end of the outboard stringer on the starboard side. Inspect for laminate cracking with dye penetrant, observe and document during sea trial.

Inspect the hull to deck joint for midships damage and general correspondence to the Blount plans.

DISCLAIMER:

The opinions and recommendations rendered in this report and attached captioned photographs are based upon the information and case material available to me at the time this report was prepared. These opinions and recommendations are subject to correction or amendment if further information becomes available.

Submitted without prejudice,

Bruce Pfund
July 25, 2007

NOTE:
8 additional pages of captioned photographs of the subject vessel are appended to this test report.

Page 4 of 4



A region approximately 11' long by 20" high manually hammer sounded and resonated as inner skin delaminated on the starboard side, but a significantly larger region of inner skin delamination was found during tap testing on the hull interior and observed during sea trials. Note that the presence of carpet and self tapping screws throughout this region prevented effective tap testing from the interior.

The red arrows indicate the approximate locations of the forward and aft limits of damage found on the hull's opposite side. The correspondence in approximate dimensions and locations of the port and starboard side damage is unusual. The absence of scrapes, gouges, or other signs of foreign object strike or improper loading damage is interpreted as indicating that hull shell behavior has caused the delaminations.


During sea trials the starboard midships topsides inner skin, which was delaminated from the core to an undetermined distance and shape, panted in and out approximately ½" and produced noticeable puffs of air. The damaged inner skin below the bookcases is unsupported by frames or bulkheads for approximately 19'.

Page 5 of 12



On the port side it is the outer skin that is delaminated. The blue tape indicates the approximate perimeter of the 10' long by 18" high region that manually hammer sounded as delaminated. Tap testing produced an audible and tactile 'buzz' consistent with a delaminated outer skin, which was confirmed by sample coupon removal in the head compartment, conducted prior to my inspection. The blue arrow indicates a through hull installed where a hull shell coupon was removed.



Note the area of no core to skin contact indicated by the red arrow, and the nominally failed core to skin bondline to the left. The extent of the area of no core-to-skin contact, and any contribution it may have made to the region's failure has not been determined.

The core in the starboard topsides is approximately 5/8" thick, not 1 3/8" as specified.

Page 6 of 12



This image shows the starboard side passageway forward of the main saloon. Note the absence of structural framing members above the level of the passageway sole. The approximate length of this unsupported span of the topsides is 19 feet. The red arrow indicates the approximate location of the end of the outboard stringer. The plans show a stringer that is higher and that extends through the bulkhead shown in the forward access hole and further forward within the vessel structure. The location of the holesaw coupon with delaminated inner skin is indicated by the yellow arrow.



Starboard side, aft passageway. Note the extent to which cutouts for hose pass-throughs have compromised the sole to topsides joint. The inner skin immediately forward of this location is delaminated. It is likely that the self tapping screws securing the padded hose clamps may be masking further delamination during hammer sounding.



Looking forward, under the sole in the forward passageway cutout made by Hinckley prior to my inspection.

No adhesive is visible at the sole to framing joints - indicated by the red arrow - between the sole and the bulkhead top or riser. The blue arrow indicates the butt joint between the bulkhead and the hull shell, with no tapered fillet strip present. Note the broken tabbing at the green arrow.



Looking forward in the starboard side crew space, along the outer edge of the outer stringer. The red arrows indicate the offset in the outer stringer sidewall's position on the other side of the bulkhead, approximately 2".

The large cutout in the bulkhead for the systems pass-through has compromised the stringer sidewalls and its joint with the bulkhead



Starboard side bilges under the passageway, looking forward through the aft hatch. Note the multiple padded hose supports and the self tapping fasteners used to secure them. The self tapping screws are driven into the hull bottom's solid laminate.

Page 8 of 12



The red arrow indicates the starboard - outboard stringer, which ends abruptly at near mid-span of this hull shell panel, approximately 34" from the bulkhead shown. Two transverse frames are also missing from this panel.

Note the absence of tapered fillet strips in the bulkhead to hull shell joint, indicated by the blue arrow.



At the forward end the starboard side outboard stringer was approximately 4 ½" wide by 5" high. The specified height is 8", and approximately 10' longer. Port side layout appeared similar.

The laminate schedule of the stringers has not been confirmed. Flexing of the hull shell and movement of the tank in this area were observed during sea trials.



Looking forward, at the starboard-inboard stringer's inboard edge. The red arrow indicates where the stringer's inside wall has been cut away to provide clearance for the plastic water tank forward of the central fuel tank.



Looking aft, from the starboard-forward face of the plastic tank. Note the missing inner sidewall, and the putty-bonded plywood cleats , indicated by the red arrow. The plans show this stringer as continuous offset hat section configuration.



This tank was observed moving up and down more than one inch during sea trials. Note how the rubber padding and bolt are displaced, and that slotted angle bracket has been driven upward.

Page 10 of 12



Broken bedding material and indications of significant tank movement were observed at the aft ends of the fuel tanks, indicated at the red arrow. Port tank to left, starboard tank below.

Welds on fuel tank foundations were broken in multiple locations.

The misalignment of the upper row of fasteners in this example  may indicate problems in the stringer cap's construction or the fastener type used.

The red arrow indicates where the forward-inboard corner of the starboard fuel tank has rubbed against the adjacent surface of the bulkhead.

Page 11 of  12



The red arrows indicate two prior positions of the angle iron bracket's inboard corner, outlined in black by debris from the tank chafing, before tank movement bottomed-out the fasteners in their slots. The blue arrow indicates a similar prior position feature along the angle bracket's lower horizontal edge.



The red arrow indicates chafe between the aft end of the tank in the lazarette and the adjacent composite surface, looking forward.

# EXHIBIT K

Matthew Smith, Naval Architect
6 River Oak Rd., Barrington RI 02806
(401) 245-0008  MattSmithNA@gmail.com

July 13, 2007

Mr. Eric Leslie
Service Manager
Hinckley Yacht Services
One Little Harbor Landing
Portsmouth, RI 02871

Eric,

The following is my report regarding the structural integrity and engine air intake system of the 66' Sport fishing yacht BRYMERE based on sea trials and measurements taken on July 10, 2007 as well as my review of the drawings supplied by the designer, Donald L. Blount.

**Summary**
Base on my inspection and review of the drawings, the yacht was not built to the designer's structural specifications and as a result is unsafe to operate and not structurally sound. The yacht will require major structural reinforcement to be brought up to the proper strength criteria and this work would require that the forward interior and tankage be removed to facilitate repairs and then substantially modified so as to accommodate the additional structural members.

Additionally, the engine air intake system is undersized and does not provide any means of removing spray from entering the engine room. No specific recommendations for the air intake system are included in this report because of the magnitude of the structural problems.

**Sea Trials**
The yacht was run in Narragansett Bay on Tuesday morning, July 10th. Because there was very light wind the captain ran the yacht in a figure "8" pattern so as to simulate wave action against the hull when crossing our own wake. The yacht was run at 22 to 26 knots and the wake was approximately 1 to 2 feet high.

When motoring out of the marina at approximately 8 knots, I observed flexing in the forward bottom panels between the outboard stringer and chine of approximately ½". When crossing out own wake at 22 to 28 knots, these bottom panels flexed approximately 2" to 3" which is extreme. The magnitude of typical bottom panel deflection for a yacht of this size and speed would be approximately 1/8".

The bottom panel flexing has caused the forward ends of the outboard hull stringers to break free from the bottom panel. The outboard fuel tanks are attached to these stringers and as a result the mounting brackets on the fuel tanks have cracked and both tanks are



Matthew Smith, Naval Architect
6 River Oak Rd., Barrington RI 02806
(401) 245-0008  MattSmithNA@gmail.com

effectively floating between the stringer. There is evidence that the tanks have moved upwards in excess of 2" so that the fuel fill fittings have caused damaged to the underside of the structural interior sole.

The topside panel between the sole and underside of the outboard lockers on the starboard side passage way forward moves considerably when underway. I would estimate that the panel moves approximately 1" in and out when underway. A 2" hole was cut in the inner laminate and shows that the core has de-laminated from the inner skin. When underway, there is a noticeable volume of air that flows out of this hole indicating that the inner skin has failed in other areas that have yet to be identified. Similar movement was observed on the port side but the magnitude was less due to the support of the panel by the head countertop partitions. A core sample drilled in this area shows that the outer laminate had de-laminated from the core

The conditions which we subjected the hull to during our sea trials are very minor when compared to sea conditions that would be encountered during the normal use of the yacht when fishing 100 miles or so offshore. I would predict that if the yacht were to encounter typical 6 to 8 ft seas offshore when running at 28 to 30 knots, the structural failure would be catastrophic and potentially result in the loss of vessel and life.

**Designer's Drawings**
Donald L. Blount's office supplied a package of drawings to the captain which included the interior arrangement, deck plan and profile, hull lines and the following structural details;
  - ILT-02-1385 Construction Details
  - ILT-03-1422 Structural Scantlings (2 sheets)

The following significant discrepancies were noted between the structural drawings and the actual yacht;
  1) The hull topsides laminate details specifies 1 3/8" (1.375") thick divinycell core. Based on topside core samples, the core thickness used was ½". (.500") thick.
  2) The inboard hull stringer is shown extending forward to the chine to approximately station 29. The inboard stringer in the yacht stops at approximately station 24 which is 10 ft shorter than specified.
  3) The outboard hull stringer is shown extending forward to the chine to approximately station 25. The inboard stringer in the yacht stops at approximately station 20 which is 10 ft shorter than specified. In addition to this, the outboard stringer is specified as being 8" tall and it is only 5" at the forward most end.
  4) The transverse floor at station 19 was not installed so the unsupported panel length in this area is 10'-10" instead of 5'-5" as designed.
  5) The transverse floor at station 23.5 was not installed so the unsupported panel length in this area is 8'-8" instead of 4'-4" as designed.
  6) The bulkhead at station 21.5 is shown to extend from the sole up the topsides to the deck. The actual bulkhead was stopped at the sole so that the topside panel in this area has no support. After drilling core samples it was discovered that these

Page 2

Matthew Smith, Naval Architect
6 River Oak Rd., Barrington RI 02806
(401) 245-0008   MattSmithNA@gmail.com

panels have delaminated and this is most likely due to the lack of structural support in this area.

7) The bulkhead to hull tabbing details show a 4" wide x 2" trapezoidal shaped foam pad between the bulkhead and hull. These foam pads help distribute the bulkhead load to the hull. The builder did not install these foam pads and simply tabbed the bulkhead to the hull without any fillet. This causes a concentration of loads in the hull and weakens the bulkhead tabbing.

8) Under item 1 of the General Notes contained in the drawing, there is wording that indicates the structure was designed to meet the American Bureau of Shipping (ABS) guidelines for FRP vessels. The calculations were performed assuming that the engines were MTU 12v2000 engines rated at 1480 hp each. The yacht has Caterpillar C32 engine rated at 1625 hp each. Included in the text is the disclaimer that "This laminate schedule may not be suitable for other engine options."

**Conclusion**

The yacht will require significant structural repairs and reinforcement before it will be suitable for the purpose that it was intended. The repair work will require that the forward interior and tankage be removed. This will require significant time and money. The scope of the repairs would be difficult to estimate without performing a comprehensive structural analysis.



Best regards,

Matthew Smith

Matthew Smith, Naval Architect

Page 3

# EXHIBIT L

## Mary Kay Brown

**From:** L J Gallagher [LJGallagher@oneillproperties.com]
**Sent:** Wednesday, July 18, 2007 11:06 AM
**To:** Mary Kay Brown
**Subject:** Hinckley rough estimate

Mary Kay,

This is a rough estimate for the work that needs to take place on Bryemere to correct the issues we face. If you have any questions please let me know.

Thanks,

L. J. Gallagher
O'Neill Properties
T: 508-826-7685
F: 401-682-2847
ljgallagher@oneillproperties.com

-----Original Message-----
**From:** Leslie, Eric [mailto:eleslie@hinckleyyachts.com]
**Sent:** Tuesday, July 17, 2007 12:40 PM
**To:** L J Gallagher
**Subject:** BREYMERE

Hi L.J.

We have received the report on the structural deficiencies in the BREYMERE from Matt Smith. There is not enough information there as to what the scope of the work will be or what remedies will be implemented for us to estimate, but suffice it to say it will be a significant amount of work. At this stage I would foresee the removal and reinstallation of a vast majority of the interior cabinetry forward of the galley, emptying the fuel & water tanks, lifting them to the ceiling as they will not come out of the boat. Propping them up and making the necessary weld repairs. In addition, a good deal of fiberglass work to reinforce the structure will be required. There is also no way of knowing how this all may effect the reinstallation of the interior. My gut feeling for a project such as this, the cost may be in the range of $600,000.00 to $800,000.00, and $1,000,000.00 is not out of the question. This is also assuming the structures under the engines are OK. If the salon and engines need to come out for additional structural work this could add significantly.

Sincerely,

Eric Leslie
Service Manager
Hinckley Yacht Services
eleslie@hinckleyyachts.com
401-683-7102 Direct line
401-683-7118 Fax

7/18/2007

