UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60551 CIV-ZLOCH
Magistrate Judge: Rosenbaum

AIG CENTENNIAL INSURANCE
COMPANY,

    *Plaintiff*,

vs.

J. BRIAN O'NEILL,
CAROLINA ACQUISITION, LLC, and
BANK OF AMERICA, N.A.,

    *Defendants*.

_____/

## O'NEILL AND CAROLINA ACQUISITION LLC'S REPLY TO AIG'S MEMORANDUM IN OPPOSITION TO O'NEILL AND CAROLINA ACQUISITION LLC'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AIG'S MOTION TO STRIKE AND/OR LIMIT REPORT, REBUTTAL REPORT AND TESTIMONY OF DEFENSE EXPERT DAVID PEDRICK

Defendants, Counter-Plaintiffs, J. Brian O'Neill and Carolina Acquisition LLC (O'Neill) briefly reply to the response of AIG Centennial Ins. Co. (AIG) to O'Neill's motion to enlarge the deadline to respond to AIG's motion to strike and/or limit the report and testimony of David Pedrick as follows:

On January 18, 2011 this Court granted a brief enlargement of time for O'Neill to respond to one of several AIG motions to strike (DE 166). After this Court entered its order - making the need to respond or have further proceedings on this collateral matter unnecessary - AIG filed a response. The response, in intemperate fashion, accuses O'Neill of attempting to portray opposing counsel as unreasonable, of having the psychic capacity to know both that Houck Anderson was closed and that a lawyer with whom we have routinely communicated was not

permitted to respond in this instance, and that the very brief enlargement sought would cause a predicament for Mr. Anderson. Frankly, the accusations made in this response are both disappointing and telling of the difficulties O'Neill has had in this case. We, of course, had no intention of implying ill motive or neglect on Houck Anderson's part, and we have no objection to AIG having additional time to reply, should one be necessary. And, we will in the future make sure that all of the many attorneys involved on this case at Houck Anderson are copied on attempts to confer. We invite AIG to submit an appropriate order granting the enlargement it needs

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**
100 S.E. Second Street, Thirtieth Floor
Miami, FL 33131-2158
(305) 577-3996
(305) 577-3558 *facsimile*

By:  /s/ Meghan C. Moore
     **Meghan C. Moore**
     Florida Bar No. 0668958
     mmoore@vpl-law.com
     **R. Hugh Lumpkin**
     Florida Bar No. 308196
     hlumpkin@vpl-law.com
     *Counsel for J. Brian O'Neill and Carolina Acquisition LLC*

CASE NO.: 09-60551 CIV-ZLOCH

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List *via* transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Meghan C. Moore
**Meghan C. Moore**

## SERVICE LIST
## CASE NO: 09-60551-CIV-ZLOCH

Andrew W. Anderson, Esq.
aanderson@houckanderson.com
Lawrence Jacobson, Esq.
ljacobson@houckanderson.com
Charles S. Davant, Esq.
cdavant@houckanderson.com
**HOUCK ANDERSON, P.A.**
200 South Biscayne Blvd., Suite 300
Miami, FL 33131-2332
Phone: (305) 372-9044
Fax: (305) 372-5044
*Counsel for AIG Centennial
Insurance Company*

J. Randolph Liebler, Esq.
jrl@lgplaw.com
Christopher M. Drury, Esq.
cmd@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
Phone: (305) 379-0400
Fax: (305) 379-9626
*Counsel for Bank of America, N.A.*